MHN

PRISONER CASE

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

KC **FILED**
DEC 1 8 2007
12-18-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | TALMON HEGWOOD, JR. | **Defendant(s):** | CAROL MILLS, etc., et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Talmon Hegwood, Jr<br>#2007-0081098<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:** | Illinois Department of Corrections<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7099
JUDGE COAR
MAGISTRATE JUDGE MASON

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** Q.F. Woodham   **Date:** 12/18/2007
99 C 2482
Coar
needs Mag. Jd.