

08 January 08

**FILED**

JAN 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 17 2008

Honorab;le Michael Dobbins
Clerk
United States District Court
219 South Dearbotn Street
Chicago, Illinois 60604

07C7099

RE: Hegwood -v- Mills, et al,

Dear Clerk:

    Please be advised that my residential housing unit has changed as-well-as my CCDOC IdentificationNumber both of which are listed hereinbelow.

    Please inform me as to the current status of the above referenced cause, as soon as is practicable.

    Thanking you in advance for your cooperation.

                    Yours very truly,

                    Talmon Hegwood,Jr.
                    #20080000766 Division 5 !-B-U-6
                    Post Office Box 089002
                    Chicago, Illinois 60608

08 January 08

Honorable Michael Chertoff
Secretary
United States Department of Homeland Security
White House Office
Washington, D,C. 20510

Dear Secretary Chertoff:

    The undersigned repeatedly complained to you that I was being deliberately subjected to prolonged detention (held in state custody beyond my release date) Copies of numerous self authenticating documents were made available to you. It would be greatly appreciated if the United States Department of Homeland Security (USDHS) would return the copies of documents that I sent you during the past three (3) years to me, as soon as is practicable.

    Thanking you in advance for your cooperation and, of course, with kind regards.

                              Yours very truly,

                              Talmon Hegwood, Jr.
                              #20080000766 Division 5 1-B-U-6
                              Post Office Box 089002
                              Chicago, Illinois 60608

SUBSCRIBED AND SWORN TO

before me, this the _____ day

of _____, 2008.

_____
      NOTARY PUBLIC