29 January 2008

**FILED**

FEB 0 5 2008
2-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Honorable Michael Dobbins
Clerk
United States District Court
219 South dearborn street
Chicago, IL 60604

RE: Hegwood -v- Mills, et al
Honorable David H. Coar

07 C 7099

Dear Clerk:

    This writer has written to the Court of two prior occasions requesting to be provided with information relating to the status of the abose referenced cause. If the Court has entered any orders please make a copy of same available to the pro se plaintiff. If the Court has not entered any order in the matter; I would respectfully request that the clerk of the Court isssue process, as soon as is practicsble pursuant to the applicable provision of the Fed.R.Civ.P. (which provided that if the Court does not rule on an IFP affidavit within thirty (30) day of the filing of the lawsuit the Clerk <u>shall issue</u> process. Am I correct or has the Rule been rescinded?

    Also, please inform this writer of the cost for providing me with a certified copy of my lawsuit along with a precipe.

    A timely response to this letter would be considered a great courtesy.

Yours very truly,

*[signature]*
Talmon Hegwood, jr.
#200800000766 Division 5 IBU6
Post Office box 089002
Chicago, Illinois 60608

cc: w/encl

Honorable Robert Mueller
Honorable Patrick Fitzgerald
Honorable Michael Chertoff
Attorney General of the United States
Honorable Marcus Salone



Thomas J. Dart  
Sheriff

Salvador A. Godinez  
Executive Director

## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California  
Chicago, Illinois 60608  
TX:  (773) 869-6810  
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: 2003-0075032     Date: 1-23-2008

Regarding: Hedgewood, Talmon     Date of Birth: 3-14-1948

Social Security Number: XXX-XX-XXXV

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 10-06-2003

Date released: 11-19-2003     How released: Delivered to TASC

Case/Indictment# 03-190437     Case/Indictment# 03-CR2324301

Charge(s): Retail theft     Charge(s): Retail theft

Disposition: SEXP     Disposition: TASC

Disposition Date: 10-09-03     Disposition Date: 11-19-2003

Form completed by: _____



Thomas J. Dart
Sheriff

Salvador A. Godinez
Executive Director

## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: _2003-0091216_    Date: _01-10-08_

Regarding: _Grooms, James_    Date of Birth: _02-25-49_

Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: _12-04-03_

Date released: _05-27-05_    How released: _NOLE_

Case/Indictment# _03CR2324301_    Case/Indictment# _04CR0076901_

Charge(s): _Retail Theft_    Charge(s): _Possession of Cannabis_

Disposition: _Sentenced to IDOC_    Disposition: _Charge Dropped_

Disposition Date: _05-26-05_    Disposition Date: _05-26-05_

_____
_____
_____
_____

Form completed by: _J. Cook_



**Thomas J. Dart**
Sheriff

**Salvador A. Godinez**
Executive Director

## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: _2003-0091216_   Date: _01-10-08_

Regarding: _Grooms, James_   Date of Birth: _02-25-49_

Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: _12-04-03_

Date released: _05-27-05_   How released: _NOLE_

Case/Indictment# _03CR2324301_   Case/Indictment# _04CR0076901_

Charge(s): _Retail Theft_   Charge(s): _Possession of Cannabis_

Disposition: _Sentenced to IDOC_   Disposition: _Charge Dropped_

Disposition Date: _05-26-05_   Disposition Date: _05-26-05_

Form completed by: _____



Thomas J. Dart  
Sheriff

Salvador A. Godinez  
Executive Director

**Cook County Department of Corrections**
**RECORDS OFFICE**
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

**VERIFICATION OF INCARCERATION**

CCDOC Number: 2003-0075032   Date: 1-23-2008

Regarding: Hedgewood, Talmon   Date of Birth: 3-14-1948

Social Security Number: XXX XX XXXX

To whom it may concern:
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: 10-06-2003

Date released: 11-19-2003   How released: Delivered to TASC

Case/Indictment# 03-190437   Case/Indictment# 03-CR2324301

Charge(s): Retail theft   Charge(s): Retail theft

Disposition: SEXP   Disposition: TASC

Disposition Date: 10-09-03   Disposition Date: 11-19-2003

Form completed by: [signature]