AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Talmon Hegwood, Jr.

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 7099

Carol Mills

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff's motion for leave to proceed *in forma pauperis* [#3] is granted. The initial partial filing fee is waived. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim. All other pending motions are denied as moot. The trust fund officer at the plaintiff's place of incarceration is authorized to make deductions from the plaintiff's account and payments to the Clerk of Court.

The case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 2/27/2008

_____

/s/ Patricia McQurter-Figgs, Deputy Clerk