**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Talmon Hegwood Jr

                          Plaintiff,

v.                                           Case No.: 1:07−cv−07099
                                                  Honorable David H. Coar

Carol Mills, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable David H. Coar:MOTION by Plaintiff Talmon Hegwood, Jr to vacate judgment or in the alternative request for leave to appeal in forma pauperis is denied. MOTION [11] by Plaintiff Talmon Hegwood, Jr for leave to appeal in forma pauperis [11] is granted. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.