UNITED SSTATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TALMON HEGWOOD, JR.,

    Plaintiff,

-versus-

CAROL MILLS, ET AL.,

    Defendants.

CIVIL ACTION

No. 07 C7099

Honorable DAVID H. COAR

### NOTICE OF APPEAL

SIR/MADAM:

    PLEASE TAKE NOTICE that TALMON HEGWOOD, JR., (Hegwood) the pro se plaintiff herein, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the "STATEMENT" and the "JUDGMENT IN A CIVIL CASE" entered by the United States District Court for the Northern District of Illinois on 27 February, 2008 which dismissed Hegwood's civil rights complaint pursuant to 28 U.S.C. § 1915A.

Respectfully submitted,

_____
TALMON HEGWOOD, JR. pro se
#20080010492 Division 8
Cook County Jail
2700 South California Avenue
Chicago, Illinois 60608

Chicago, Illinois, this the 25th day March 2008

    SUBSCRIBED AND SWORN TO before me, this the 25 day of March 2008.

"OFFICIAL SEAL"
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011