**FILED**
**APRIL 8, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case: 08-1849  Document: 16  Filed: 04/08/2008  Pages: 1 of 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 8, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1849
>
> Caption:
> TALMON HEGWOOD, Jr.,
> Plaintiff - Appellant
>
> v.
>
> CAROL MILLS, Stateville Correctional Center, et al.,
>  Defendants - Appellees
>
> District Court No: 1:07-cv-07099
> Court Reporter T. McCullough
> Clerk/Agency Rep Michael Dobbins
> District Judge David Coar
>
> Date NOA filed: 04/04/2008

If you have any questions regarding this appeal, please call this office.

CC:

T. McCullough

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**

form ID: **188**

Case 1:07-cv-07099 Document 16 Filed 04/08/2008 Page 2 of 2