

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                          312-435-5670


April 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Hegwood -v- Mills

U.S.D.C. DOCKET NO. : 07 cv 7099

U.S.C.A. DOCKET NO. : 08-1849 & 08-1987

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)                *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                        Very truly yours,

                                                        Michael W. Dobbins, Clerk

                                                        By:_____
                                                             D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Hegwood -v- Mills.

USDC NO.   : 07 cv 7099

USCA NO.   : 08-1849 & 08-1987

                IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of Apr. 2008.

                MICHAEL W. DOBBINS, CLERK

        By: _____
            D. Jordan, Deputy Clerk

APPEAL, MASON, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-07099
## Internal Use Only

| | |
|---|---|
| Hegwood v. Mills et al | Date Filed: 02/27/2008 |
| Assigned to: Honorable David H. Coar | Date Terminated: 02/27/2008 |
| | Jury Demand: None |
| Case in other court:   08-01849 | Nature of Suit: 555 Civil Rights (Prison Condition) |
| 08-01987 | Jurisdiction: Federal Question |

Cause: 42:1983 Prisoner Civil Rights

**Plaintiff**

**Talmon Hegwood, Jr**         represented by **Talmon Hegwood, Jr**
#2008-0010492
Cook County Jail
P.O. Box 089002
Chicago, IL 60608
PRO SE

V.

**Defendant**

**Carol Mills**
*Stateville correctional center*

**Defendant**

**Susan Suggs**
*Taylorville Correctional Center*

**Defendant**

**Roger E. Walker**

**Defendant**

**A Faulkner**

**Defendant**

**T Bradley**

**Defendant**

**2 Unknown Chicago Police Officers**

**Defendant**

**City of Chicago**

**Defendant**

**Jode Weiss**

**Defendant**

**Bennett Hegwood**

**Defendant**

**Celestine Hegwood**

| | | |
|---|---|---|
| **Service List** | represented by | **Illinois Department of Corrections**<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601<br>*ATTORNEY TO BE NOTICED* |
| | | **Prisoner Correspondence - Internal Use Only**<br>Email: Prison1_ILND@ilnd.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | 1 | RECEIVED Complaint and 6 copies by Talmon Hegwood, Jr. (tlm) (Entered: 12/19/2007) |

| | | |
|---|---|---|
| 12/18/2007 | 2 | CIVIL Cover Sheet. (tlm) (Entered: 12/19/2007) |
| 12/18/2007 | 3 | APPLICATION by Plaintiff Talmon Hegwood, Jr for in forma pauperis and financial affidavit. (tlm) (Entered: 12/19/2007) |
| 12/18/2007 | 4 | POST MARKED envelope for initiating document by Talmon Hegwood, Jr (Document not scanned) (aew, ) (Entered: 12/20/2007) |
| 01/17/2008 | 5 | NOTICE by Talmon Hegwood, Jr of Change of Address (Attachment). (tlm) (Entered: 01/23/2008) |
| 02/05/2008 | 6 | LETTER by Talmon Hedgewood to clerk dated 1/29/08 (Exhibits). (tlm) (Entered: 02/08/2008) |
| 02/27/2008 | 7 | MINUTE entry before Judge David H. Coar: Plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The initial partial filing fee is waived. However, the complaint is dismissed pursuant to 28 U.S.C. Section 1915A for failure to state a claim. The case is terminated. All other pending motions are denied as moot. The trust fund officer at the plaintiff's place of incarceration is authorized to make deductions from the plaintiff's account and payments to the clerk of court as stated herein. The Clerk is directed to mail a copy of this order to the Supervisor of Inmate Trust Fund Accounts, Cook County Department of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608. This is one of the plaintiff's three allotted dismissals under 28 U.S.C. Section 1915(g). Civil case terminated. Mailed notice (tlm) (Entered: 02/28/2008) |
| 02/27/2008 | 8 | ENTERED JUDGMENT. Mailed notice (tlm) Modified on 4/5/2008 (tlm). (Entered: 02/28/2008) |
| 02/28/2008 | | MAILED copies of the 02/27/08 Order to the plaintiff, Trust Fund Officer and to the Illinois department of Corrections. (tlm) (Entered: 02/28/2008) |
| 03/12/2008 | 10 | (Court only) INMATE Installment Payment in the amount of $ 7.48 paid on 3/12/08, receipt number 10727342. (ef, ) (Entered: 03/19/2008) |
| 03/14/2008 | 9 | MOTION by Plaintiff Talmon Hegwood, Jr to vacate judgment 8 or in the alternative request for leave to appeal in forma pauperis. (Exhibits). (ef, ) (Entered: 03/18/2008) |
| 03/18/2008 | 11 | MOTION by Plaintiff Talmon Hegwood, Jr for leave to appeal in forma pauperis. (Exhibits). (ef, ) (Entered: 03/21/2008) |
| 03/24/2008 | 12 | MINUTE entry before Judge Honorable David H. Coar:MOTION by Plaintiff Talmon Hegwood, Jr to vacate judgment or in the alternative request for leave to appeal in forma pauperis is denied. MOTION 11 by Plaintiff Talmon Hegwood, Jr for leave to appeal in forma pauperis 11 is granted. Mailed notice (pm, ) (Entered: 03/24/2008) |

| 03/24/2008 | 19 | NOTICE of appeal by Talmon Hegwood, Jr regarding orders, fee due. (Document construed as notice of appeal pursuant to order) (air, ) Modified on 4/23/2008 (air, ). (Entered: 04/23/2008) |
|---|---|---|
| 04/04/2008 | 13 | NOTICE of appeal by Talmon Hegwood, Jr regarding orders 8 , 7 ifp granted. (air, ) (Entered: 04/08/2008) |
| 04/04/2008 | 17 | POST MARKED envelope for notice of appeal by Talmon Hegwood, Jr (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 04/08/2008 | 14 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 13 . Notified counsel (air, ) (Entered: 04/08/2008)~~ |
| 04/08/2008 | 15 | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 04/08/2008)~~ |
| 04/08/2008 | 16 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 13 ; USCA Case No. 08-1849. (ca, ) (Entered: 04/09/2008)~~ |
| 04/21/2008 | 18 | MINUTE entry before Judge Honorable David H. Coar:Plaintiffs recent motions 9 , 11 are construed as a notice of appeal. The clerk shall docket the notice of appeal nunc pro tunc as of 3/24/08. On its own motion, the Court vacates the part of its 3/24/08 order that granted plaintiff in forma pauperis status for his appeal. The Court certifies that the appeal is not taken in good faith, as well as barred by 28 U.S.C. § 1915(g), and orders plaintiff to pay the appellate fees of $455 within 14 days or the Court of Appeals may dismiss his appeal for want of prosecution. The clerk is directed to send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608, and the PLRA Attorney, U.S. Court of Appeals. Mailed notice (ef, ) (Entered: 04/22/2008) |
| 04/22/2008 |  | MAILED Copy of Order dated 4/21/08 to Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections, Chicago, IL and PLRA Attorney, US Court of Appeals. (ef, ) (Entered: 04/22/2008) |
| 04/23/2008 | 20 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 19 . Notified counsel (air, ) (Entered: 04/23/2008)~~ |
| 04/23/2008 | 21 | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 04/23/2008)~~ |
| 04/24/2008 | 22 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 19 ; USCA Case No. 08-1987. (ef, ) (Entered: 04/25/2008)~~ |
| 04/24/2008 | 23 | ~~CIRCUIT Rule 3(b) Notice/ PLRA Fee Notice. (ef, ) (Entered: 04/25/2008)~~ |

**KEY**

All items are included in this record.
All crossed out items are not included in the record.
S/C: These items are sent under a separate certificate.
N/A: These items are not available.