

**FILED**

APR 2 8 2008

Apr 28, 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TALMON HEGWOOD, JR., ) | ( | |
| ) | ( | |
| Plaintiff, ) | ( | CIVIL ACTION |
| ) | ( | |
| —versus— ) | ( | No. 07 C7099 |
| ) | ( | |
| CAROL MILLS, ET AL., ) | ( | Honorable DAVID H. COAR |
| ) | ( | |
| Defendants. ) | ( | |

## MOTION FOR APPOINTMENT OF COUNSEL

NOW INTO COURT comes the _pro se_ plaintiff TALMON HEGWOOD, JR., (Hegwood) who respectfully moves the Court for an order appointing counsel to represent Hegwood in the above-styled cause and on appeal. This motion is being made pursuant to 28 U.S.C.A. Section 1915(d) and the United States Constitution, Amendments Five and Fourteen. The grounds for this motion are as follows:

1. On or about December 18, 2007, Hegwood filed a handwritten _pro se_ civil rights complaint in the office of the Clerk of the Court. On February 27, 2008, without ordering service of process, allowing Hegwood an opportunity to amend his _pro se_ complaint and in the absence of any motion to dismiss the Court, _sua sponte_, entered an order dismissing Hegwood's lawsuit.

2. On March 14, 2008, Hegwood filed a motion to vacate judgment or in the alternative motion for leave to proceed on appeal in forma pauperis; and, on March 18, 2008, Hegwood filed a supplement to his aforesaid motion. Both of Hegwood's post judgment motion are incorporated herein by reference.

On March 24, 2008, the Court entered an order, copy of which is annexed

hereto and incorporated herein as Exhibit A, which ["granted"] Hegwood's request for leave to proceed with his appeal to the United States court of Appeals for the Seventh Circuit in forma pauperis. Hegwood's notice of appeal was filed in the office of the Clerk of the Court timely, on April 4, 2008, copy of which is annexed hereto and indcorporated herein as Exhibit B.

3.  The Clerk of the Court, pursuant to Hegwood's request provided the pro se plaintiff with a form generally used by the Court for a litigant to formally request that the Court appoint counsel.  Hegwood has, of course, completed the form and same is annexed hereto and the information provided therein is incorporated herein by reference.  There is no question but that Hegwood seriously need a lisenced attorney to assist and to represent him on appeal and when this cause is remanded to this honorable Court. (See Exhibit C)

4.  This case resulted from the unconstitutional conduct of law enforcement personel for the City of Chicago and correctional officials in the state of Illinois all of whom were acting under the color of state law.  Hegwood's thirtythree (33) page hand printed civil rights complaint id incorporate here by reference in its entirety.  A copy of a newsarticle printed and circulated by the Chicago Sun times on October 26, 2006, is annexed hereto and incorporated herein by reference as D.

5.  Hegwood is physically ill and has been scheduled for physical health tests associated with pulminary heart disease.  Copies/of medical documents that reveals that Hegwood recently visisted hospital Emergency Rooms are annexed hereto and incorporated herein as Exhibits E ("Loyola Medicine) and F (McNeil Hospital "Discharge Order and Instructions")  Exhibits E and F list the numerous medications Hegwood is required to take daily.  Hegwood is currently being detained in the Hospital Section of the Cook County Jail (CCDOC).

6.  Hegwood's claims are meritorious as stated in his Fed.R.Civ.P. 59 and 60(b) motions referred to hereinabove.  Annexed hereto and incorporated herein as Exhibits G and H are copies of "CERTIFIED STATEMENT OR CONVICTION / DISPOSITION" relating to People -v- Hegwood, Numbers 03CR23243(01) and People -v- James Grooms,[i] 04CR769.  Exhibits G and H are referred to in Hegwood's hand written complaint.  Subsequent to filing administrative remedy complaint, submitting informal requests and writing numerous letters as-well-as verbal requests and pleas Hegwood's unconstitutional prolonged detention dilema was rectified insofar as proof positive was concerned,  Annexed hereto as I and J are copies of "VERIFICATION OF INCARCERA- TION" dated January 10, 2008, and January 23, 2008.  The latter two documents Exhibits I and J, reveals that Hegwood was subjected to more than nine (9) months of prolonged detention in violation of his Constitutional rights secured by the Eighth Amendment to the laws and Constitution of the United States.  See Campbell v. Illinois Department of Corrections, 907 F. Supp. 1173 (N.D.Ill. 1995), and cases cited therein.

7.  A relevant and terse statement was made by the Court of appeals in Merritt v. Faulkner, 697 F. 2d 761 (7th Cir. 1983) where the Honorable Judge SWYGERT, stated:

> "In some civil cases meaningful access [to the courts] requires representation by a lawyer.  In Powell v. Alabama, 287 U.S. 45 (Cite Omitted), Justice Sutherland observed that:
>
>> The right to be heard would be, in many cases, of little avail if it did not comprehend the right to be heard by counsel.  Even the intelligent and educa- ted layman has small and sometimes no skill in the science of law."

(Quoting from Merritt v. Faulkner, supra, at 763. See also, Caruth v. Pinkney,

i.  James Groos is Hegwood former roomate when Hegwood attended school at Southern Illinois University.  Hegwood had Grooms name and address on a piece of paper in his pocket.  After the police beat Hegwood he refused to talk; therefore, the police elected to process Hegwood under an alias name.

683 F. 2d 1044 (7th Cir. 1982); Macklin v. Freake, 650 F. 2d 885 (7th cir. 1981);

and Zarnes v. Rhodes, 64 F. 3d 285 (7th Cir. 1995), and cases cited therein.

8.  Besides the obvious illnesses suffered by Hegwood revealed by Exhibits

E and F, he contracted hepatitis after being forced to dump urine and feces in

a state penal facility's trash compactor during a period when Hegwood was assigned

as the Trash Compactor Operator at Shawnee Correctional Center.  A copy of a

Prescription prepared by the Doctor for Cermak Health Services of Cook County

and the "Hepatitis Vaccination Program" report is annexed hereto and incorporated

herein as Exhibits K and L.  No judge should be required to review any papers

at the risk of mayhaps contracting any disease under any circumstances. It was

unfair for state correctional officials to subject Hegwood to such a risk by

forcing him to illegally dump human waste in a compactor with regular trash.

The United States Attorney General is cognizant of the matter and an investigation

has been requested.

9.  Hegwood has, of course, been diligent with regards to his attempts to

secure the assistance of a trained legal mind to represent him in this action.

Attached hereto and incorporated herein as Exhibit M are copies of the business

cards of three of the lawyers Hegwood has communicated with verbally and in

writing.  They are Attorneys Timothy P. Nance, Esq., Paul M. Hummel, Esq. and

Todd M. Urban, Esq..  Hegwood has also written to Mayer, Brown, Rowe and Maw;

and Mr. Gregory A. McConnell, Esq.  Copies of correspondence to the latter

named attorneys are annexed hereto as Exhibits N and O.  Hegwood shall also

write to other lawyers listed on the attached "Contact Information " list

annexed hereto and incorporated herein as Exhibit P.  This matter is now

pending in the Seventh Circuit Court of Appeals.  It is one decision away from

the Supreme Court of the United States.  An attorney should be appointed and

Hegwood would respectfully beg this honorable Court to appoint counsel.

-4-

Respectfully submitted,

TALMON HEGWOOD, JR. pro se
#20080010492 Division 8
Post Office Box 089002
Chicago, Illinois 60608

Chicago, Illinois, this the 15th day of April, 2008

SUBSCRIBED AND SWORN TO before me, this the _____ day of April, 2008.

_____
NOTARY PUBLIC

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Talmon Hegwood Jr

                     Plaintiff,

v.

                                          Case No.: 1:07−cv−07099
                                          Honorable David H. Coar

Carol Mills, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

     MINUTE entry before Judge Honorable David H. Coar:MOTION by Plaintiff Talmon Hegwood, Jr to vacate judgment or in the alternative request for leave to appeal in forma pauperis is denied. MOTION [11] by Plaintiff Talmon Hegwood, Jr for leave to appeal in forma pauperis [11] is granted. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR - 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TALMON HEGWOOD, JR.,                    )    (
                                        )    (
            Plaintiff,                  )    (    CIVIL ACTION
                                        )    (
-versus-                                )    (    No. 07 C7099
                                        )    (
CAROL MILLS, ET AL.,                    )    (    Honorable DAVID H. COAR
                                        )    (
            Defendants.                 )    (

### NOTICE OF APPEAL

SIR/MADAM:

PLEASE TAKE NOTICE that TALMON HEGWOOD, JR., (Hegwood) the pro se plain-

tiff herein, hereby appeal to the United States Court of Appeals for the Seventh

Circuit from the "STATEMENT" and the "JUDGMENT IN A CIVIL CASE" entered by the

United States District Court for the Northern District of Illinois on 27 February,

2008 which dismissed Hegwood's civil rights complaint pursuant to 28 U.S.C. 8

1915A.

                              Respectfully submitted,

                              _____
                              TALMON HEGWOOD, JR. pro se
                              #20080010492 Division 8
                              Cook County Jail
                              2700 South California Avenue
                              Chicago, Illinois 60608

Chicago, Illinois, this the 25th day March 2008

            SUBSCRIBED AND SWORN TO before me, this the 25 day of March 2008.

_____

**OFFICIAL SEAL**
TERESA D. JONES
Notary Public, State of Illinois
My Commission Expires November 5, 2011

**RETURNED**

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**THURSDAY, OCTOBER 26, 2006**

**HIGHLY TRAINED PROFESSIONALS ARRESTED...NOW BIG DUMMIES**

**Feds nab 2 cops in theft sting**

(http://www.suntimes.com/news/metro/112192,CST-NWS-cops26.article)

October 26, 2006

BY FRANK MAIN AND NATASHA KORECKI Staff Reporters

Two Chicago cops were arrested Wednesday in an FBI sting for allegedly stealing $31,000 from self-storage lockers they thought were rented by a drug dealer.

Tactical Officers Richard Doroniuk and Mahmoud "Mike" Shamah are charged in federal court with conspiracy to commit theft. Paroled felon Larry "Peanut" Cross is charged with helping them.

"Today's arrests result from the department's ongoing commitment to remove bad cops from the streets," Police Supt. Phil Cline said.

A lieutenant, a sergeant and three other officers participated in the storage locker raids in June and August, authorities said. They were not identified.

"We're going to look at the culpability of supervisors and see if there's any other involvement," said Cline, whose Internal Affairs Division is investigating with the FBI.

The arrests come a month after four officers in the Special Operations Section were charged with invading homes and robbing people. More arrests are expected in that case.

'Negative results' cited

Doroniuk, 30, and Shamah, 27, popped onto the FBI's radar when an informant alleged the officers were planning ripoffs with Cross, 55, officials said.

Through the informant, the FBI fed a tip to Cross that a drug dealer was storing cash at Grand-Pulaski Self Storage. Cross notified Doroniuk and Shamah, who executed a search warrant June 13, according to an FBI affidavit. They allegedly cut a lock and swiped a bag containing $20,000. They filed a report saying the search turned up "negative results," officials say.

On Aug. 18, they allegedly hit a storage facility at Grand and Kilbourn where they thought the same drug dealer was storing more cash. They are accused of taking $18,100 put in the locker by the FBI. On a wiretapped call, Cross said the officers paid him $800, officials said. Doroniuk and Shamah allegedly turned in $7,000 to the Police Department as evidence.

In one intriguing wiretapped conversation, Doroniuk allegedly called five Chicago Police officers "stupid" for getting arrested after stealing $1 million from a suitcase with their fingerprints on it that they then left in their car. No such arrests have been made public. A police spokeswoman would only say "the investigation is ongoing."

Named dog for him

Wednesday, the officers were ordered held until a bond hearing next week. Doroniuk's attorney said "he's going to have a full hearing." Lawyers for Shamah and Cross declined comment.

Constance Marie Tracy, who said she was Doroniuk's girlfriend, appeared at the hearing in federal court. She said the FBI gave her shocking news that Doroniuk was married with a child.

"He treated me like I always wanted to be treated," Tracy said, adding that he bought her a Coach purse and took her to the Sybaris getaway. She said she even named her pet Chihuahua Richard after Doroniuk. Her cell phone bore his picture. "This is how much I love him," she said.

Doroniuk and Shamah -- partners in the Morgan Park District -- also face lawsuits. In one case, they are accused of beating Talmon Hegwood in 2003 and planting cocaine on him. Prosecutors dismissed drug charges against Hegwood, but he was returned to prison for a parole violation, said his attorney, Nicholas Pavich.

Doroniuk will be named in a lawsuit being filed by the estate of Dantwain Betts, said Kevin B. Rogers, an attorney for the family. Doroniuk fatally shot Betts on April 30 after Betts allegedly tried torun over another officer with his car, sources say. Police officials said the shooting was justified.

Doroniuk faces another suit for allegedly pointing a gun at off-duty Officer Chauncey Moore and spraying Mace into his eyes as Moore waited in the Morgan Park District

parking lot to pick up his wife, a sergeant. An internal investigation found Moore at fault and he was disciplined, records show.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)    **TALMON HEGWOOD, JR.,**                )

)        Case Number:  07 cv 7099

V.                                               )

**CAROL MILLS, ET AL.**                          )        Judge: Hon. J.W. Darrah
Defendant(s)                                     )

)

## MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I,    **Talmon Hegwood, Jr.**                    ,declare that I am the (check appropriate box)

    ■ plaintiff    ☐ defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding[**NOTE:** This item *must* be completed]:

3.  In further support of my motion, I declare that (check appropriate box):

    ☐  I am not currently, nor previously have been, represented by an attorney appointed by the Court
       in this or any other civil or criminal proceeding before this Court.

    ■  I am currently, or previously have been, represented by an attorney appointed by the Court
       in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ■  I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
       detailing my financial status.

    ■  I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
       it is a true and correct representation of my financial status.

    ☐  I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
       However, my financial status has changed and I have attached an Amended Application to Proceed *In
       Forma Pauperis* to reflect my current financial status.

5.      I declare under penalty that the foregoing is true and correct.


_____        P.O. Box 089002
Movant's Signature                      Street Address

15 April 2008                           Chicago, IL 60608
Date                                    City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Honorable John W. Darrah_    Case Number: _07 cv 7099_

Case Title: _Hegwood -v- Leach, et al._

Appointed Attorney's Name: _Mr. Nicholas A. Pavich, Esq._

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐



**LOYOLA MEDICINE**

*We also treat the human spirit.®*

Emergency
Department
2160 South First
Avenue
Maywood, IL, 60153
Phone: 708-216-8705

**Hegwood, Talmon Jr. (1281130)**

*Visit on: 2/13/08*

**Your diagnosis was:**  Unspecified Chest Pain

**You were seen by:**  Hank C Graziano

| Follow-up information | Comments | Contact information |
|---|---|---|
| CAS - GENERAL MEDICINE | as needed | Call: 708-216-8563 |

**Additional Instructions**

Follow up with your md, return as needed.

**MEDICATIONS**

| Medications | Dispense | Doc. Provider |
|---|---|---|
| albuterol (2.5 MG/3ML) 0.083% INH NEBU | 1 | GRAZIANO, HANK C |
| ALBUTEROL | | HISTORIC MED |
| DILANTIN PO | | HISTORIC MED |
| HYDROCHLOROTHIAZIDE 12.5 MG PO CAPS | | HISTORIC MED |
| hydrochlorothiazide 25 MG PO TABS | 30 | GRAZIANO, HANK C |
| phenytoin 100 MG PO CAPS | 90 | GRAZIANO, HANK C |
| THEOPHYLLINE | | HISTORIC MED |

**The following information is provided to all patients discharged from the Loyola University Medical Center Emergency Department:**

According to the U.S. Department of Health and Human Services, if you consume 3 or more alcoholic beverages every day, you may be at risk for alcohol abuse. Below are some contacts that may be helpful.

**Alcoholics Anonymous**
www.aa.org
312-346-1475
708-366-9558

**National Clearinghouse for Alcohol and Drug Information**
www.health.org under 'resources'

**American Council on Drug Education**
800-488-3784

As a public service, we are providing suicide hot-line information in the event that you or a loved one should ever feel the need to call.
The National Suicide Prevention Hotline: 1-800-273-TALK (8255)
Crisis Line of Resurrection Behavioral Health, Melrose Park,IL (available 24 hours/7 days a week): 1-708-681-4357.

# MacNeal Hospital
*Caring for Generations*

**Check for Home Medications**

Patient Label

## DISCHARGE ORDERS AND INSTRUCTIONS

**Thank you for choosing MacNeal Hospital.**
In the near future you may receive a Patient Satisfaction Survey in the mail.
Please take a few moments to give us your thoughts.
**Our goal is for you to be <u>VERY SATISFIED</u> with our care and services.**

### PATIENT CARE INSTRUCTIONS (check off orders that apply)

**Activities**

- ☑ No restrictions / Activity as tolerated
- ☐ Activity Restrictions _____

**Diet**

- ☐ Healthy Regular diet
- ☑ Low salt
- ☑ Low cholesterol
- ☐ _____ calorie diabetic diet
- ☐ Other diet instruction: _____

**Wound Care**

_____
_____
_____

**Other**

_____
_____

- **SPECIAL CONCERNS:** (bullet point indicates these instructions have been given to the patient)

  - **Unrelieved chest pain** – come to the Emergency Department immediately.

  - **If you experience any of the following, call your doctor.**
    1. Temperature over 100 degrees.
    2. Rash
    3. Pain.
    4. Nausea or vomiting; inability to tolerate food, drink or medications.
    5. New tenderness in calves.
    6. Increased pain, or warmth, or drainage, or redness, or swelling, or odor at your incision

  Other _____
  _____

- **SMOKING** (bullet point indicates these instructions have been given to the patient)

  SMOKING IS DANGEROUS TO YOUR HEALTH AND THE HEALTH OF THOSE AROUND YOU
  We strongly advise you to stop smoking.
  If you or someone in your household would like to quit, please contact your doctor or one of the following:
  - American Heart Association (800-AHA-USA1)
  - American Cancer Society (800-ACS-2345)
  - American Lung Association (800-LUNG-USA)
  - Freedom From Smoking Online, www.lungusa.org

### FOR HEART FAILURE PATIENTS ONLY (bullet point indicates these instructions have been given to the patient)

- **Diet:** Eat a healthy diet. Limit the amount of salt in your diet and follow any additional instructions above. Follow your doctor's directions about how much liquid to drink.

- **Weight:** Weigh yourself at the same time every day. Call your doctor if you gain 3 pounds or more in one day.

- **Activity:** Unless otherwise advised by your doctor, match your activity to the amount of energy you have. Get plenty of rest.

- **Medications:** Take medications as directed by your doctor. Do not take over-the-counter medications or stop taking medicines without talking to your doctor first. Keep a written list of all the medicines you are taking. Be sure you understand why you take each medicine.

- **Worsening Symptoms:**
  Seek emergency assistance if you experience unrelieved chest pain or severe shortness of breath.
  Call your doctor immediately if you have any of the following
  1. Increasing shortness of breath, wheezing or cough.
  2. Unable to sleep or rest because of breathing problems.
  3. Feeling lightheaded, dizzy or sweaty.
  4. Weakness or fatigue.
  5. Weight gain.
  6. Swelling of the ankles, legs, abdomen, face or neck.

- **Follow-Up:** Be sure to follow-up with your doctor. Write down any questions you may have.

Page 1 of 2

Original to Patient / Copy to Record



2DCIN

SR016 5/07

MR:1233853    Act:00037700077
HEGWOOD, TALMON
DOB   3/14/1948   59Y   Male
Adm: 3/10/08 SELF PAY           MED
102CE Dr. SAMPAT, PARAG
102CE Dr. SAMPAT, PARAG

## DISCHARGE ORDERS AND INSTRUCTIONS
### (continued)

**FLU VACCINATION  (SEPT - MAR)**
Unless your physician has told you not to, get a flu shot every year during the flu season.
☐ Yes, given during this admission (PAVAF completed)
☐ Previously given  - Date: _____
☐ Refused
☐ Contraindicated: Allergy, sensitivity to vaccine or history of Guillian Barre

**PNEUMOCOCCAL VACCINATION**
If you are over 65, or at high risk for pneumococcal disease, get a pneumococcal vaccination at least once.
☐ Yes, given during this admission (PAVAF completed)
☐ Previously given  - Date: _____
☐ Refused
☐ Contraindicated: Allergy, sensitivity to vaccine

**Doctor:  Does your patient have AMI or CHF and require aspirin, beta-blocker, or ACE/ARB?**

| Medications | Instructions | | Reason |
|---|---|---|---|
| Norvasc  10mg | 1 tablet | daily | Blood Pressure |
| Phenytoin  100mg | 1 tablet | three x daily | |
| Theophylline  50mg | 1 tablet | twice daily | |
| Aspirin  81mg | 1 tablet | daily | Blood Thinner |

↓ ↓

| ORDER DATE | ORDER TIME | RN SIGNATURE | PRINT NAME | PAGER # |
|---|---|---|---|---|
| 3/11/08 | 9 PM | Tracey Sindle | Thena Zachul | 4307 |
| DATE | TIME | | PRINT NAME    Tracey Sindle | TELEPHONE ORDER VERIFIED |

**FOLLOW-UP APPOINTMENTS**
**For MacNeal Hospital Services:**   Please call ahead to arrange to see these doctors or receive these services.
Diagnostic Scheduling: 708-783-3150   Genesis Lab:  708-783-3485

| Physician / Service | When | Phone |
|---|---|---|
| ☐ Primary Care Physician: Dr Ting @ Cermak Hospital | 2-3days | |
| ☐ Consulting Physician: or Dr Passavoy | in 5-7 days | |
| ☐ Consulting Physician: | | |
| ☐ Follow-Up Testing: BMP (Follow Creatinine) | 1-2 days → Cermak Hosp. | |
| ☐ Follow-Up Testing: Lipid panel | 1-2 days @ Cermak Hosp. | |
| ☐ Home Care Services: | | |
| ☐ Durable Medical Equipment: | | |

| I have complied with and reviewed all applicable discharge instructions with the patient and/or representative. | Tracey K Sindle    Nurse Signature | 3-11-08    Date |
|---|---|---|
| I understand these instructions and have had the opportunity to have my questions answered. | XP+ Refused to sign    Patient, or Representative Signature | Date |

☐ Patient's Belongings Returned    ☐ Patient's Home Meds Returned    PLEASE FAX FORM TO PHYSICIAN OFFICE

**BRING THESE INSTRUCTIONS TO YOUR NEXT DOCTOR VISIT**    Page 2 of 2

Heart Care Centers of Illinois
Professional Building at MacNeal Health System
3231 S. Euclid Avenue
Suite 201
Berwyn, IL 60402
(708) 783-2055

MR:1233863    Act:00037700077
HEGWOOD, TALMON          EMR
DOB  3/14/1948   59Y   Male
Adm: 2/10/08 SELF PAY
08669 Dr. EMERGENCY MD, ED
08669 Dr. EMERGENCY MD, ED

Acct#

Robert Iaffaldano, M.D.
Stavros Maragos, M.D.
Ivan Pacold, M.D.
Robert Silverberg, M.D.
Dominick Stella, M.D.
Joseph Stella, D.O.
Ronald Stella, M.D.

# DISCHARGE INSTRUCTIONS

## Post Angiogram (Cardiac or Peripheral) , Angioplasty, Atherectomy (rotablation), or Stent Implantation
These are provided in addition to hospital discharge instructions.

## ACTIVITY
❖ You may return to work in most cases within 2-4 days after a cardiac or peripheral angiogram.
❖ If you had an ANGIOPLASTY, STENT IMPLANTATION, or ATHERECTOMY (rotablation), you may return to work within two weeks or as specified by your cardiologist at the time of discharge.
❖ You may drive 24 hours after discharge.
❖ No jogging, contact sports, or swimming for 1 week after discharge. WALKING is appropriate exercise. For the first 2 days you are home, limit your walking to just around the house or less than 1 block. After 48 hours you may walk to the point of fatigue.
❖ Limit stair climbing as much as possible for the first 24 hours that you are home.
❖ Avoid lifting anything heavier than a gallon of milk for at least the first 24 hours, longer if specified by your doctor.

## CATHETERIZATION SITE
❖ Bruising at the access site of your procedure is common and normal. A small amount of spreading or increase in size of the bruise is also normal as long as the area does not become swollen, firm, or painful to the touch.
❖ You may shower on the day you are discharged. No tub bathing for 1 week.
❖ The bandage at the site should be removed 24 hours after discharge. (There is usually a gauze and transparent dressing or simply a transparent dressing at the site.) You may then leave the site open to air. It is not

❖ If you had a stent implanted, keep the card you received in your wallet at all times.
❖ BLEEDING at the site requires immediate firm pressure applied by your hand. Usually 10 to 15 minutes of firm pressure will stop the bleeding. If the bleeding continues or is excessive, call 911. If you were able to stop the bleeding call our office at (708) 783-2055. If this occurs after office hours the answering service will reach the doctor on call.

## WHEN TO CALL OUR OFFICE
❖ You will be seen in the Heart Care Center of Illinois office within 2-3 weeks after your discharge. If your appointment was not scheduled before you left the hospital, call as soon as possible to schedule it. The office number for scheduling is (708) 783-2055.
❖ For any of the following, please call our office. If this is after hours the answering service will reach the doctor on call.
  ▪ Bleeding at the access site of your procedure. * See the information in the previous section.
  ▪ Redness, warmth, or drainage from the access site of your procedure.
  ▪ Pain, numbness, or tingling to the affected leg.
  ▪ Chest pain, shortness of breath, leg swelling, or palpitations.
  ▪ Any unusual bleeding such as: bleeding gums, unusual bruising, dark or bright red stools.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 03CR2324301

TALMON        HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-5/16A-3(A)                 F       RET THEFT/DISPLAY MERCH/>$150
The following disposition(s) was/were rendered before the Honorable Judge(s):


10/17/03 IND/INFO-CLK OFFICE-PRES JUDGE          11/04/03 1701
     03CR2324301 ID# CR100680966
11/04/03 CASE ASSIGNED                           11/04/03 1714
     BIEBEL, PAUL JR.
11/04/03 DEFENDANT IN CUSTODY                    00/00/00
     BIEBEL, PAUL JR.
11/04/03 DEFENDANT IN CUSTODY                    00/00/00
     PORTER DENNIS J
11/04/03 PRISONER DATA SHEET TO ISSUE            00/00/00
     PORTER DENNIS J
11/04/03 PUBLIC DEFENDER APPOINTED               00/00/00
     PORTER DENNIS J
11/04/03 DEFENDANT ARRAIGNED                     00/00/00
     PORTER DENNIS J
11/04/03 PLEA OF NOT GUILTY                      00/00/00
     PORTER DENNIS J
11/04/03 ADMONISH AS TO TRIAL IN ABSENT          00/00/00
     PORTER DENNIS J
11/04/03 CONTINUANCE BY AGREEMENT                11/13/03
     PORTER DENNIS J
11/13/03 RECALL/EXEC SENT TO POLICE AGY          00/00/00
11/13/03 DEFENDANT IN CUSTODY
     PORTER DENNIS J
11/13/03 PRISONER DATA SHEET TO ISSUE
     PORTER DENNIS J
11/13/03 PLEA OF GUILTY                          C001
     PORTER DENNIS J
11/13/03 JURY WAIVED
     PORTER DENNIS J

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 03CR2324301

TALMON        HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
11/13/03 FINDING OF GUILTY                   C001
     PORTER DENNIS J
11/13/03 PROB AND OTHER DISC CONDS           C001
          30 MTH
     PORTER DENNIS J
11/13/03 FINES COSTS FEES NON DRFT ORD                      $      5
     $5 PER MONTH PROBATION FEE
     PORTER DENNIS J
11/13/03 WARRANT QUASHED
     PORTER DENNIS J
11/13/03 DEF ADVISED OF RIGHT TO APPEAL
     PORTER DENNIS J
11/13/03 CHANGE PRIORITY STATUS              M
     PORTER DENNIS J
11/20/03 SPECIAL ORDER                       00/00/00
     MOTION FOR RETURN OF SEIZED PROPERTY
12/04/03 DEFENDANT IN CUSTODY                00/00/00
     PORTER DENNIS J
12/04/03 PRISONER DATA SHEET TO ISSUE        00/00/00
     PORTER DENNIS J
12/04/03 SPECIAL ORDER                       00/00/00
     MOTION DENIED NO ONE PRESENT TO ARGUE OFF CALL
     PORTER DENNIS J
02/25/04 PET VIOL OF PROBATION FILED         00/00/00
02/25/04 HEARING DATE ASSIGNED               03/09/04 1714
03/09/04 DEFENDANT NOT IN COURT              00/00/00
     PORTER DENNIS J
03/09/04 PET VIOL OF PROBATION FILED         00/00/00
     PORTER DENNIS J
03/09/04 BAIL AMOUNT SET                     00/00/00          $  30000
     PORTER DENNIS J
03/09/04 O/C ONLY REL DEF ON C/D BOND        00/00/00
     PORTER DENNIS J
03/09/04 WARR ORD, WARR ISSUED               00/00/00
     PORTER DENNIS J
03/09/04 WARRANT SENT TO POLICE AGENCY       00/00/00
10/13/04 DEFENDANT IN CUSTODY                00/00/00
     PORTER DENNIS J
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                      NUMBER 03CR2324301

TALMON      HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/13/04 PRISONER DATA SHEET TO ISSUE              00/00/00
      PORTER DENNIS J
10/13/04 WARR RETURNED, EXECUTED,FILED
      PORTER DENNIS J
10/13/04 SPECIAL ORDER                            00/00/00
      DEFT ADMONISHED PURSUANT TO RULE 401 -DEFT ELECTS TO REPRESENT HIMSELF-PR
      PORTER DENNIS J
10/13/04 CONTINUANCE BY AGREEMENT                 11/03/04
      PORTER DENNIS J
10/13/04 RECALL/EXEC SENT TO POLICE AGY           00/00/00
11/03/04 DEFENDANT IN CUSTODY                     00/00/00
      PORTER DENNIS J
11/03/04 PRISONER DATA SHEET TO ISSUE             00/00/00
      PORTER DENNIS J
11/03/04 CONTINUANCE BY AGREEMENT                 11/12/04
      PORTER DENNIS J
11/12/04 DEFENDANT IN CUSTODY                     00/00/00
      PORTER DENNIS J
11/12/04 PRISONER DATA SHEET TO ISSUE             00/00/00
      PORTER DENNIS J
11/12/04 CONTINUANCE BY AGREEMENT                 12/10/04
      PORTER DENNIS J
12/10/04 DEFENDANT IN CUSTODY                     00/00/00
      MORAN, JOHN J.
12/10/04 PRISONER DATA SHEET TO ISSUE             00/00/00
      MORAN, JOHN J.
12/10/04 TRANSFERRED                              12/10/04 1747
      MORAN, JOHN J.
12/10/04 DEFENDANT IN CUSTODY                     00/00/00
      PANTLE, KATHLEEN M.
12/10/04 PRISONER DATA SHEET TO ISSUE             00/00/00
      PANTLE, KATHLEEN M.
12/10/04 M/D VACATE PLEA, FNDG, VRDCT             00/00/00 D        2
      PANTLE, KATHLEEN M.
12/10/04 SPECIAL ORDER                            00/00/00
      V.O.P. HEARING
      PANTLE, KATHLEEN M.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 004

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 03CR2324301

TALMON      HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date/Time |
|------|-------|-----------|
| 12/10/04 | SPECIAL ORDER | 00/00/00 |
| | TAKE DEFENDANT TO CERMACK HOSPITAL | |
| | PANTLE, KATHLEEN M. | |
| 12/10/04 | WITNESSES ORDERED TO APPEAR | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/10/04 | TRIAL COMENCED AND CONTINUED | 12/22/04 1747 |
| | PANTLE, KATHLEEN M. | |
| 12/10/04 | TRANSFERRED | 12/10/04 1705 |
| | PORTER DENNIS J | |
| 12/22/04 | DEFENDANT IN CUSTODY | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/22/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/22/04 | TRIAL COMENCED AND CONTINUED | 12/28/04 |
| | PANTLE, KATHLEEN M. | |
| 12/28/04 | DEFENDANT IN CUSTODY | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/28/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/28/04 | WITNESSES ORDERED TO APPEAR | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/28/04 | CONTINUANCE BY AGREEMENT | 12/29/04 |
| | PANTLE, KATHLEEN M. | |
| 12/29/04 | DEFENDANT IN CUSTODY | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/29/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 12/29/04 | CONTINUANCE BY ORDER OF COURT | 12/30/04 |
| | PANTLE, KATHLEEN M. | |
| 01/03/05 | DEFENDANT IN CUSTODY | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 01/03/05 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 01/03/05 | WITNESSES ORDERED TO APPEAR | 00/00/00 |
| | PANTLE, KATHLEEN M. | |
| 01/03/05 | CONTINUANCE BY AGREEMENT | 01/20/05 |
| | PANTLE, KATHLEEN M. | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 03CR2324301

TALMON          HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | | |
|---|---|---|---|
| 01/20/05 | DEFENDANT IN CUSTODY | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 01/20/05 | PRISONER DATA SHEET TO ISSUE | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 01/20/05 | WITNESSES ORDERED TO APPEAR | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 01/20/05 | MOTION DEFT - CONTINUANCE - MD | | 01/26/05 |
| | PANTLE, KATHLEEN M. | | |
| 01/26/05 | CASE ASSIGNED | | 01/26/05 1747 |
| | BIEBEL, PAUL JR. | | |
| 01/26/05 | DEFENDANT IN CUSTODY | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 01/26/05 | PRISONER DATA SHEET TO ISSUE | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 01/26/05 | SPECIAL ORDER | | 00/00/00 |
| | PROSE | | |
| | PANTLE, KATHLEEN M. | | |
| 01/26/05 | CONTINUANCE BY ORDER OF COURT | | 02/04/05 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | DEFENDANT IN CUSTODY | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | PRISONER DATA SHEET TO ISSUE | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | FINDING OF GUILTY | C001 | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | PRE-SENT INVEST. ORD, CONTD TO | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | PETITION FOR V.O.P. ALLOWED | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | PUBLIC DEFENDER APPOINTED | | 00/00/00 |
| | FOR POST TRIAL MOT AND SENT | | |
| | PANTLE, KATHLEEN M. | | |
| 02/04/05 | CONTINUANCE BY AGREEMENT | | 03/04/05 |
| | PANTLE, KATHLEEN M. | | |
| 03/04/05 | DEFENDANT IN CUSTODY | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |
| 03/04/05 | PRISONER DATA SHEET TO ISSUE | | 00/00/00 |
| | PANTLE, KATHLEEN M. | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 03CR2324301

    TALMON        HEGWOOD

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/04/05 SPECIAL ORDER                          00/00/00
    CASE CONTINUED FOR POST TRIAL MOTIONS AND SENTENCING
    PANTLE, KATHLEEN M.
03/04/05 CONTINUANCE BY AGREEMENT               03/24/05
    PANTLE, KATHLEEN M.
03/04/05 SPECIAL ORDER                          00/00/00
    NOTIFICATION OF MOTION TO RECONSIDER FINDINGS
03/04/05 HEARING DATE ASSIGNED                  03/24/05 1747
03/24/05 DEFENDANT IN CUSTODY                   00/00/00
    PANTLE, KATHLEEN M.
03/24/05 PRISONER DATA SHEET TO ISSUE           00/00/00
    PANTLE, KATHLEEN M.
03/24/05 SPECIAL ORDER                          00/00/00
    MTN FOR APPT OF
    PANTLE, KATHLEEN M.
03/24/05 SPECIAL ORDER                          00/00/00
    COUNSEL OTHER
    PANTLE, KATHLEEN M.
03/24/05 SPECIAL ORDER                          00/00/00
    THAN PD/DENIED
    PANTLE, KATHLEEN M.
03/24/05 CONTINUANCE BY AGREEMENT               04/27/05
    PANTLE, KATHLEEN M.
04/27/05 DEFENDANT IN CUSTODY                   00/00/00
    PANTLE, KATHLEEN M.
04/27/05 PRISONER DATA SHEET TO ISSUE           00/00/00
    PANTLE, KATHLEEN M.
04/27/05 MOTION TO WITHDRAW AS ATTORNEY         00/00/00 D        2
    PANTLE, KATHLEEN M.
04/27/05 CONTINUANCE BY AGREEMENT               05/19/05
    PANTLE, KATHLEEN M.
05/18/05 SPECIAL ORDER                          00/00/00
    MOTION TO RECONSIDER FINDING
05/18/05 HEARING DATE ASSIGNED                  05/19/05 1747
05/19/05 DEFENDANT IN CUSTODY                   00/00/00
    PANTLE, KATHLEEN M.
05/19/05 MOTION DEFENDANT - NEW TRIAL           00/00/00 D        2
    PARAGRAPH 7 STRICKEN
    PANTLE, KATHLEEN M.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 03CR2324301

TALMON        HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
05/19/05 SPECIAL ORDER                         00/00/00
      DEFT EAIVES RIGHT TO BE PRESENT FOR SENTENCING
      PANTLE, KATHLEEN M.
05/19/05 DEF SENTENCED ILLINOIS DOC      C001 00/00/00
             6 YRS
      PANTLE, KATHLEEN M.
05/19/05 CREDIT DEFENDANT FOR TIME SERV        00/00/00
             259 DYS
      PANTLE, KATHLEEN M.
05/19/05 DEF FINE SATISFIED TIME SERVE   C001 00/00/00
      PANTLE, KATHLEEN M.
05/19/05 BLOOD TEST ORDERED                    00/00/00 S        1
      PANTLE, KATHLEEN M.
05/19/05 DEF ADVISED OF RIGHT TO APPEAL        00/00/00
      PANTLE, KATHLEEN M.
05/19/05 LET MITTIMUS ISSUE/MITT TO ISS        00/00/00
      PANTLE, KATHLEEN M.
05/19/05 NOTICE OF APPEAL FILED, TRNSFR        00/00/00
      PANTLE, KATHLEEN M.
05/19/05 NOTICE OF APPEAL FILED, TRNSFR        00/00/00
05/19/05 NOTICE OF NOTICE OF APP MAILED        00/00/00
05/19/05 HEARING DATE ASSIGNED                 05/27/05 1713
05/27/05 ILL STATE APPELLATE DEF APPTD         00/00/00
      BIEBEL, PAUL JR.
05/27/05 O/C FREE REPT OF PROCD ORD N/C        00/00/00
      BIEBEL, PAUL JR.
05/27/05 MEMO OF ORDS & NOA PICKED-UP          00/00/00
      BIEBEL, PAUL JR.
06/15/05 M/D PETN FOR TRNSCT,COMLAW RCD        00/00/00 F        2
06/15/05 HEARING DATE ASSIGNED                 06/20/05 1747
06/29/05 SPECIAL ORDER                         00/00/00 F        2
      RECONSIDER ORDER DENYING DEFT REQUEST FOR APPT OF COUNSEL OTHER THEN P.D.
06/29/05 HEARING DATE ASSIGNED                 07/06/05 1710
07/06/05 DEFENDANT NOT IN COURT                00/00/00
      PANTLE, KATHLEEN M.
07/06/05 SPECIAL ORDER                         00/00/00
      MOTION DENIED DEFT MOTION FORPURPOSE OF APPEAL,MOTION DENIED
      PANTLE, KATHLEEN M.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 008

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 03CR2324301

TALMON        HEGWOOD

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/06/05 SPECIAL ORDER                          00/00/00
         BECAUSE TWO POST CONVICTION PET IS PENDING CLERK TO NOTIFY DEF
         PANTLE, KATHLEEN M.
07/06/05 SPECIAL ORDER
         CLERK TO NOTIFY
         PANTLE, KATHLEEN M.
08/22/05 DEFENDANT NOT IN COURT                 00/00/00
         PANTLE, KATHLEEN M.
08/22/05 MOTION TO REDUCE SENTENCE              00/00/00 D        2
         PANTLE, KATHLEEN M.
08/22/05 SPECIAL ORDER                          00/00/00
         FOR LACK OF JURISDICTION
         PANTLE, KATHLEEN M.
09/06/05 REPT OF PRCDS ORD FR CRT RPT           00/00/00
10/19/05 APPELLATE COURT NUMBER ASGND           00/00/00 05-1767
10/19/05 COMMON LAW RECORD PREPARED             00/00/00
         TWO VOLUMES
10/20/05 CLR RECD BY APP COUNSEL                00/00/00
         STATE APPELLATE DEFENDER - TWO VOLUMES
11/22/05 SUPPL REPORT OF PRCD PREPARED          00/00/00
         ONE VOL CERTAIN DOC
11/22/05 SUPPL REC RECD BY APPL COUNSEL         00/00/00
         STATE APPELLATE DEFENDER - ONE VOLUME
04/28/06 REPORT OF PROCEEDINGS PREPARED         00/00/00
05/02/06 REPRT/PROCDS RECD BY APP ATTRY         00/00/00
         STATE APPELLATE DEFENDER - TWO VOLUMES
05/09/06 SUPP TRAN PRO REC/FILE CLK OFF         00/00/00
         ONE VOLUME
05/10/06 SUPPL REPORT OF PRCD PREPARED          00/00/00
         (1)VOL
05/10/06 SUPPL REC RECD BY APPL COUNSEL         00/00/00
         STATE APPELLATE DEFENDER - ONE VOLUME
10/20/06 SPECIAL ORDER                          00/00/00
         MOTION FOR CORRECTED MITT DENIED
         PANTLE, KATHLEEN M.
04/16/07 MANDATE FILED                          04/25/07 1701
         05-1767

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 03CR2324301

TALMON        HEGWOOD

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/25/07 SPECIAL ORDER                                00/00/00
      AFFIRMED
      BIEBEL, PAUL JR.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 04/01/08

_____
         DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 001

PEOPLE OF THE STATE OF ILLINOIS

               VS                    NUMBER 04CR0076901

    JAMES       GROOMS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

   720-570/402(C)                    F      POSS AMT CON SUB EXCEPT(A)/(D)
The following disposition(s) was/were rendered before the Honorable Judge(s):


01/08/04 IND/INFO-CLK OFFICE-PRES JUDGE        01/20/04 1701
     04CR0076901 ID# CR10030138
01/20/04 CASE ASSIGNED                         01/20/04 1706
     BIEBEL, PAUL JR.
01/20/04 DEFENDANT IN CUSTODY                  00/00/00
     BIEBEL, PAUL JR.
01/20/04 DEFENDANT IN CUSTODY                  00/00/00
     SURIA JR., FRED G.
01/20/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     SURIA JR., FRED G.
01/20/04 APPEARANCE FILED                      00/00/00
     SURIA JR., FRED G.
01/20/04 DEFENDANT ARRAIGNED                   00/00/00
     SURIA JR., FRED G.
01/20/04 PLEA OF NOT GUILTY                    00/00/00
     SURIA JR., FRED G.
01/20/04 MOTION FOR DISCOVERY                  00/00/00 F        1
     SURIA JR., FRED G.
01/20/04 MOTION FOR DISCOVERY                  00/00/00 F        2
     SURIA JR., FRED G.
01/20/04 DISCOVERY ANSWER FILED                00/00/00          1
     SURIA JR., FRED G.
01/20/04 CONTINUANCE BY AGREEMENT              01/23/04
     SURIA JR., FRED G.
01/23/04 DEFENDANT IN CUSTODY                  00/00/00
     SURIA JR., FRED G.
01/23/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     SURIA JR., FRED G.
01/23/04 MOTION TO WITHDRAW AS ATTORNEY        00/00/00 S        2
     SURIA JR., FRED G.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR0076901

        JAMES        GROOMS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date2 | | |
|------|-------|-------|---|---|
| 01/23/04 | MOTION TO SUPPRESS | 00/00/00 | F | 2 |
| | SURIA JR., FRED G. | | | |
| 01/23/04 | MOTION TO QUASH ARREST | 00/00/00 | F | 2 |
| | SURIA JR., FRED G. | | | |
| 01/23/04 | MOTION TO SUBSTITUTE JUDGE | 00/00/00 | S | 2 |
| | SURIA JR., FRED G. | | | |
| 01/23/04 | TRANSFERRED | 01/27/04 1701 | | |
| | SURIA JR., FRED G. | | | |
| 01/27/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | BIEBEL, PAUL JR. | | | |
| 01/27/04 | CASE ASSIGNED | 01/27/04 1712 | | |
| | BIEBEL, PAUL JR. | | | |
| 01/27/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | WOOD, WILLIAM S. | | | |
| 01/27/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| | WOOD, WILLIAM S. | | | |
| 01/27/04 | MOTION TO QUASH ARREST | 00/00/00 | F | 2 |
| | WOOD, WILLIAM S. | | | |
| 01/27/04 | MOTION TO SUPPRESS | 00/00/00 | F | 2 |
| | EVIDENCE | | | |
| | WOOD, WILLIAM S. | | | |
| 01/27/04 | SPECIAL ORDER | 00/00/00 | | |
| | MOT FOR ORDER COMPELLING DISC | | | |
| | WOOD, WILLIAM S. | | | |
| 01/27/04 | CONTINUANCE BY AGREEMENT | 02/06/04 | | |
| | WOOD, WILLIAM S. | | | |
| 02/06/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | MOORE, COLLEEN MCSWEENEY | | | |
| 02/06/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| | MOORE, COLLEEN MCSWEENEY | | | |
| 02/06/04 | SPECIAL ORDER | 00/00/00 | | |
| | DEFT PROCEEDS PRO SE MOT FOR AMENDED ORDER COM ELING DISC STATE WILL COMP | | | |
| | MOORE, COLLEEN MCSWEENEY | | | |
| 02/06/04 | MOTION DEFT - CONTINUANCE - MD | 02/11/04 | | |
| | MOORE, COLLEEN MCSWEENEY | | | |
| 02/11/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | MORAN, JOHN J. | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 04CR0076901

JAMES        GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
02/11/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     MORAN, JOHN J.
02/11/04 MOTION TO SUBSTITUTE JUDGE            00/00/00 D      2
     MORAN, JOHN J.
02/11/04 TRANSFERRED                           02/11/04 1712
     MORAN, JOHN J.
02/11/04 DEFENDANT IN CUSTODY                  00/00/00
     MOORE, COLLEEN MCSWEENEY
02/11/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     MOORE, COLLEEN MCSWEENEY
02/11/04 MOTION TO SUBSTITUTE JUDGE            00/00/00 F      2
     MOORE, COLLEEN MCSWEENEY
02/11/04 TRANSFERRED                           02/11/04 1705
     MOORE, COLLEEN MCSWEENEY
02/11/04 MOTION DEFT - CONTINUANCE - MD        03/05/04
     MOORE, COLLEEN MCSWEENEY
03/05/04 DEFENDANT IN CUSTODY                  00/00/00
     MOORE, COLLEEN MCSWEENEY
03/05/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     MOORE, COLLEEN MCSWEENEY
03/05/04 SPECIAL ORDER                         00/00/00
     DEFT TENDERS MOT TO PRODUCE BAGGY FOR FINGERPR NTS
     MOORE, COLLEEN MCSWEENEY
03/05/04 WITNESSES ORDERED TO APPEAR           00/00/00
     MOORE, COLLEEN MCSWEENEY
03/05/04 MOTION DEFT - CONTINUANCE - MD        04/16/04
     MOORE, COLLEEN MCSWEENEY
04/16/04 DEFENDANT IN CUSTODY                  00/00/00
     SIMMONS,HENRY R. JR
04/16/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     SIMMONS,HENRY R. JR
04/16/04 CONTINUANCE BY ORDER OF COURT         04/22/04
     SIMMONS,HENRY R. JR
04/22/04 DEFENDANT IN CUSTODY                  00/00/00
     MOORE, COLLEEN MCSWEENEY
04/22/04 PRISONER DATA SHEET TO ISSUE          00/00/00
     MOORE, COLLEEN MCSWEENEY
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 004

PEOPLE OF THE STATE OF ILLINOIS

VS                         NUMBER 04CR0076901

JAMES        GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/22/04 FINGER PRINTING ORDERED                  00/00/00
     STATE AGREES TO PRINT BAGGIE
     MOORE, COLLEEN MCSWEENEY
04/22/04 CONTINUANCE BY AGREEMENT                 05/27/04
     MOORE, COLLEEN MCSWEENEY
05/27/04 DEFENDANT IN CUSTODY                     00/00/00
     MOORE, COLLEEN MCSWEENEY
05/27/04 PRISONER DATA SHEET TO ISSUE             00/00/00
     MOORE, COLLEEN MCSWEENEY
05/27/04 SPECIAL ORDER                            00/00/00
     DEFT ADMONISHED AS TO PEOPLE/V/CURRY
     MOORE, COLLEEN MCSWEENEY
05/27/04 MOTION DEFT - CONTINUANCE - MD           06/07/04
     MOORE, COLLEEN MCSWEENEY
06/07/04 DEFENDANT IN CUSTODY                     00/00/00
     MOORE, COLLEEN MCSWEENEY
06/07/04 PRISONER DATA SHEET TO ISSUE             00/00/00
     MOORE, COLLEEN MCSWEENEY
06/07/04 SPECIAL ORDER                            00/00/00
     DEF FILES SUBPOENA FOR EVENT 17919
     MOORE, COLLEEN MCSWEENEY
06/07/04 MOTION DEFT - CONTINUANCE - MD           06/25/04
     MOORE, COLLEEN MCSWEENEY
06/25/04 DEFENDANT IN CUSTODY                     00/00/00
     MOORE, COLLEEN MCSWEENEY
06/25/04 PRISONER DATA SHEET TO ISSUE             00/00/00
     MOORE, COLLEEN MCSWEENEY
06/25/04 SPECIAL ORDER                            00/00/00
     EVENT 17919 SUBPOENAED MATERIAL TENDERED
     MOORE, COLLEEN MCSWEENEY
06/25/04 SPECIAL ORDER                            00/00/00
     ORDER ENTERED FOR RECORDS FROM CERMAK HOSPITAL
     MOORE, COLLEEN MCSWEENEY
06/25/04 CONTINUANCE BY AGREEMENT                 07/07/04
     MOORE, COLLEEN MCSWEENEY
07/07/04 DEFENDANT IN CUSTODY                     00/00/00
     APPEARS PRO SE
     MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR0076901

JAMES        GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/07/04 PRISONER DATA SHEET TO ISSUE            00/00/00
        MOORE, COLLEEN MCSWEENEY
07/07/04 MOTION DEFT - CONTINUANCE - MD          07/28/04
        MOORE, COLLEEN MCSWEENEY
07/28/04 DEFENDANT IN CUSTODY                    00/00/00
        CROOKS, WILBUR E.
07/28/04 PRISONER DATA SHEET TO ISSUE            00/00/00
        CROOKS, WILBUR E.
07/28/04 SPECIAL ORDER                           00/00/00
        HEARING RE DEFT CLOTHES WHAT HAPPEN TO THEM
        CROOKS, WILBUR E.
07/28/04 SPECIAL ORDER                           00/00/00
        DEFT TO BE SENT TO CERMAK
        CROOKS, WILBUR E.
07/28/04 CONTINUANCE BY AGREEMENT                08/04/04
        CROOKS, WILBUR E.
08/04/04 DEFENDANT IN CUSTODY                    00/00/00
        MOORE, COLLEEN MCSWEENEY
08/04/04 PRISONER DATA SHEET TO ISSUE            00/00/00
        MOORE, COLLEEN MCSWEENEY
08/04/04 MOTION DEFT - CONTINUANCE - MD          08/18/04
        MOORE, COLLEEN MCSWEENEY
08/18/04 DEFENDANT IN CUSTODY                    00/00/00
        PRO SE
        MOORE, COLLEEN MCSWEENEY
08/18/04 PRISONER DATA SHEET TO ISSUE            00/00/00
        MOORE, COLLEEN MCSWEENEY
08/18/04 DISCOVERY ANSWER FILED                  00/00/00            2
        MOORE, COLLEEN MCSWEENEY
08/18/04 SPECIAL ORDER                           00/00/00
        DEFT'S MO FOR TRANSCRIPT OF 07-28-04 HEARING GRANTED
        MOORE, COLLEEN MCSWEENEY
08/18/04 SPECIAL ORDER                           00/00/00
        DEFT TO BE TAKEN  TO CERMAK HOSPITAL FOR BITE ON HAND
        MOORE, COLLEEN MCSWEENEY
08/18/04 MOTION DEFT - CONTINUANCE - MD          09/02/04
        MOORE, COLLEEN MCSWEENEY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR0076901

    JAMES          GROOMS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/02/04 DEFENDANT IN CUSTODY                    00/00/00
         MOORE, COLLEEN MCSWEENEY
09/02/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
09/02/04 SPECIAL ORDER                           00/00/00
         TRANSCRIPT OF 07-28-04 TENDERED TO DEFT
         MOORE, COLLEEN MCSWEENEY
09/02/04 MOTION DEFT - CONTINUANCE - MD          09/22/04
         MOORE, COLLEEN MCSWEENEY
09/22/04 DEFENDANT IN CUSTODY                    00/00/00
         PRO SE
         MOORE, COLLEEN MCSWEENEY
09/22/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
09/22/04 MOTION DEFT - CONTINUANCE - MD          10/13/04
         MOORE, COLLEEN MCSWEENEY
10/13/04 DEFENDANT IN CUSTODY                    00/00/00
         PORTER DENNIS J
10/13/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         PORTER DENNIS J
10/13/04 CONTINUANCE BY AGREEMENT                11/03/04
         PORTER DENNIS J
10/13/04 DEFENDANT IN CUSTODY                    00/00/00
         IDOC
         MOORE, COLLEEN MCSWEENEY
10/13/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         MOORE, COLLEEN MCSWEENEY
10/13/04 TRANSFERRED                             10/13/04 1714
         MOORE, COLLEEN MCSWEENEY
11/03/04 DEFENDANT IN CUSTODY                    00/00/00
         PORTER DENNIS J
11/03/04 PRISONER DATA SHEET TO ISSUE            00/00/00
         PORTER DENNIS J
11/03/04 CONTINUANCE BY AGREEMENT                11/12/04
         PORTER DENNIS J
11/12/04 DEFENDANT IN CUSTODY                    00/00/00
         PORTER DENNIS J

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 007

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 04CR0076901

JAMES        GROOMS

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | |
|---|---|---|
| 11/12/04 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 11/12/04 CONTINUANCE BY AGREEMENT | 12/10/04 | |
| PORTER DENNIS J | | |
| 12/10/04 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/10/04 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/10/04 CONTINUANCE BY AGREEMENT | 12/23/04 | |
| PORTER DENNIS J | | |
| 12/23/04 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/23/04 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/23/04 CONTINUANCE BY AGREEMENT | 12/28/04 | |
| PORTER DENNIS J | | |
| 12/28/04 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/28/04 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 12/28/04 MOTION DEFT - CONTINUANCE - MD | 01/07/05 | |
| PORTER DENNIS J | | |
| 01/07/05 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |
| 01/07/05 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 01/07/05 DISCOVERY ANSWER FILED | 00/00/00 | 2 |
| PORTER DENNIS J | | |
| 01/07/05 CONTINUANCE BY AGREEMENT | 02/28/05 | |
| PORTER DENNIS J | | |
| 02/28/05 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |
| 02/28/05 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| PORTER DENNIS J | | |
| 02/28/05 CONTINUANCE BY ORDER OF COURT | 03/04/05 | |
| PORTER DENNIS J | | |
| 03/04/05 DEFENDANT IN CUSTODY | 00/00/00 | |
| PORTER DENNIS J | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 008

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 04CR0076901

JAMES      GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/04/05 PRISONER DATA SHEET TO ISSUE              00/00/00
     PORTER DENNIS J
03/04/05 CONTINUANCE BY AGREEMENT                  03/24/05
     PORTER DENNIS J
03/24/05 DEFENDANT IN CUSTODY                      00/00/00
     CLAPS JOSEPH M
03/24/05 PRISONER DATA SHEET TO ISSUE              00/00/00
     CLAPS JOSEPH M
03/24/05 CONTINUANCE BY AGREEMENT                  04/22/05
     CLAPS JOSEPH M
04/22/05 DEFENDANT IN CUSTODY                      00/00/00
     PANTLE, KATHLEEN M.
04/22/05 PRISONER DATA SHEET TO ISSUE              00/00/00
     PANTLE, KATHLEEN M.
04/22/05 CONTINUANCE BY AGREEMENT                  04/27/05
     PANTLE, KATHLEEN M.
04/27/05 DEFENDANT IN CUSTODY                      00/00/00
     PORTER DENNIS J
04/27/05 PRISONER DATA SHEET TO ISSUE              00/00/00
     PORTER DENNIS J
04/27/05 CONTINUANCE BY AGREEMENT                  05/26/05
     PORTER DENNIS J
05/26/05 NOLLE PROSEQUI                       C001 00/00/00
     PORTER DENNIS J
05/26/05 WARRANT QUASHED                           00/00/00
     PORTER DENNIS J
05/26/05 CHANGE PRIORITY STATUS               M    00/00/00
     PORTER DENNIS J
05/26/05 RECALL/EXEC SENT TO POLICE AGY            00/00/00
06/07/05 SPECIAL ORDER                             00/00/00 F      2
     DISMISS & FOR DISCHARGE.
06/07/05 HEARING DATE ASSIGNED                     06/10/05 1714
06/10/05 DEFENDANT ON BOND                         00/00/00
     PORTER DENNIS J
06/10/05 CONTINUANCE BY ORDER OF COURT             06/16/05
     PORTER DENNIS J
06/16/05 DEFENDANT ON BOND                         00/00/00
     PORTER DENNIS J

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 04CR0076901

JAMES        GROOMS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
| | | | |
|---|---|---|---|
| 06/16/05 TRANSFERRED | 06/16/05 1712 | | |
|     PORTER DENNIS J | | | |
| 06/17/05 M/D PETN FOR TRNSCT,COMLAW RCD | 00/00/00 F | | 2 |
| 06/17/05 HEARING DATE ASSIGNED | 06/22/05 1712 | | |
| 06/22/05 DEFENDANT NOT IN COURT | 00/00/00 | | |
|     PANTLE, KATHLEEN M. | | | |
| 06/22/05 TRANSFERRED | 06/23/05 1701 | | |
|     FOR REASSIGNMENT TO J. PORTER. | | | |
|     PANTLE, KATHLEEN M. | | | |
| 06/23/05 CASE ASSIGNED | 06/23/05 1714 | | |
|     BIEBEL, PAUL JR. | | | |
| 06/23/05 DEFENDANT IN CUSTODY | 00/00/00 | | |
|     PORTER DENNIS J | | | |
| 06/23/05 PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
|     PORTER DENNIS J | | | |
| 06/23/05 PREVIOUS ORDER TO STAND | 05/26/05 | | |
|     PORTER DENNIS J | | | |
| 06/23/05 M/D PETN FOR TRNSCT,COMLAW RCD | 00/00/00 D | | 2 |
|     PORTER DENNIS J | | | |
| 01/30/06 SPECIAL ORDER | 00/00/00 F | | 2 |
|     MOTION-DEFTS ANSWER TO DISCOVERY. | | | |
| 01/30/06 HEARING DATE ASSIGNED | 02/03/06 1714 | | |
| 02/03/06 DEFENDANT NOT IN COURT | 00/00/00 | | |
|     BROWN, MICHAEL | | | |
| 02/03/06 CONTINUANCE BY AGREEMENT | 02/08/06 | | |
|     BROWN, MICHAEL | | | |
| 02/08/06 SPECIAL ORDER | 00/00/00 | | |
|     MOTION DENIED, OFF CALL | | | |
|     PORTER DENNIS J | | | |
| 10/20/06 SPECIAL ORDER | 00/00/00 | | |
|     MOTION FOR CORRECTED MITT DENIED | | | |
|     PANTLE, KATHLEEN M. | | | |

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 04/01/08

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY



**Thomas J. Dart**
**Sheriff**

**Salvador A. Godinez**
**Executive Director**

## Cook County Department of Corrections
### RECORDS OFFICE
**2700 S. California**
**Chicago, Illinois 60608**
**TX: (773) 869-6810**
**FAX: (773) 869-7292**

## VERIFICATION OF INCARCERATION

CCDOC Number: __2003-0091216__   Date: __01·10·08__

Regarding: __Grooms, James__   Date of Birth: __02·25·49__

Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: __12-04-03__

Date released: __05-27-05__   How released: __NOLE__

Case/Indictment# __03CR232430I__ Case/Indictment# __04CR0076901__

Charge(s): __Retail Theft__   Charge(s): __Possession of Cannabis__

Disposition: __Sentenced to IDOC__ Disposition: __Charge Dropped__

Disposition Date: __05·26·05__   Disposition Date: __05·26·05__

_____

_____

_____

_____

_____

Form completed by: _____



Thomas J. Dart
Sheriff

Salvador A. Godinez
Executive Director

## Cook County Department of Corrections
### RECORDS OFFICE
2700 S. California
Chicago, Illinois 60608
TX: (773) 869-6810
FAX: (773) 869-7292

## VERIFICATION OF INCARCERATION

CCDOC Number: _2003-0075032_     Date: _1-23-2008_

Regarding: _Hedgewood, Talmon_     Date of Birth: _3-14-1948_

Social Security Number: _XXX XX XXXV_

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: _10-06-2003_

Date released: _11-19-2003_     How released: _Delivered to TASC_

Case/Indictment# _03-190437_     Case/Indictment# _03-CR2324301_

Charge(s): _Retail theft_     Charge(s): _Retail theft_

Disposition: _SEXP_     Disposition: _TASC_

Disposition Date: _10-09-03_     Disposition Date: _11-19-2003_

Form completed by: _[signature]_



## Cook County Department of Corrections
### RECORDS OFFICE
**2700 S. California**
**Chicago, Illinois 60608**
**TX:  (773) 869-6810**
**FAX: (773) 869-7292**

## VERIFICATION OF INCARCERATION

CCDOC Number: _2003-0091216_          Date: _2-28-2008_

Regarding: _Grooms, James_          Date of Birth: _02-25-1949_

Social Security Number: _____

**To whom it may concern:**
Pursuant to your request, the following information is submitted:

Date entered the Cook County Department of Corrections: _12-04-2003_

Date released: _05-27-05_          How released: _NolE_

Case/Indictment# _03CR2324301_          Case/Indictment# _04CR0076901_

Charge(s): _Retail Theft_          Charge(s): _Possession of Cannabis_

Disposition: _Sentenced to IDOC_          Disposition: _Charged Dropped_

Disposition Date: _05-26-2005_          Disposition Date: _05-26-05_

Form completed by: _____ _Willie Thompson_



**Form 1**

CERMAK HEALTH SERVICES OF COOK COUNTY
2800 S. California Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

1

Patient: Hegwood Tarmon    ID# ZK54010952    Date: 2/14/08

Problem: Hx Vac (1)    Location: &    Weight:    Date of Birth: 3-14-78

Allergy: None

Order (Physician's Signature after last order):

Twinrix Hepatitis A Inactivated
Hepatitis B recombinant Vaccine

Rx

FOR INFORMATION ONLY - DO NOT DISPENSE

Physician ~ PRINT

DEA / Illinois Lic.#

Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

Checked    Filled    Date Entry

---

**Form 2**

...ED OF COOK COUNTY
...ornia Ave. Chicago, Illinois 60608
(773) 869-5622

**Patient Copy**

2

Patient: Hegwood Tarmon    ID# 3082010992    Date: 4.2.08

Problem: Location: Rx C4    Weight:    Date of Birth: 3-14-78

Allergy: NKDA

Order (Physician's Signature after last order):

1) Begin low Dx/low cholesterol diet
2) Begin taking Digoxin 30mg PO qd in AM
   100mg x 90 days
3) Lovastatin 20mg PO qpm x 30 days

Rx

FOR INFORMATION ONLY - DO NOT DISPENSE

Physician / PRINT

DEA / Illinois Lic.#

Time:

Form 853.01

Med/Surg [ ]
MHS [ ]

Checked    Filled    Date Entry

Name:    **HEGWOOD, TALMON**
DOB:    03/14/1948

If you have not completed your series of (3) hepatitis vaccines, please report
to one of the community health clinics listed on the back of this sheet to
receive your injection.

***Remember to take this sheet to the clinic with you!!***

**Allergies:**    None

**Lot number:**    AHH3B068AA

**Exp. Date:**    2-14-09

**Last Menstruation Period:**    —

**Medication:**    —

**Hx Hepatitis:**    ⌐

**Previous Hepatitis Immunization: Yes ___ No ___**

# Hepatitis Vaccination Program

## Patient Consent Form

**Hepatitis B or A/B Vaccination**

**I do voluntarily consent to receive the Hepatitis B or Hepatitis A/B
Vaccination, which is administered in three (3) separate doses. I have
read the handout provided by Cermak Health Services of Cook County
and I am aware of any potential complications.**

1st  dose _____    Date: 3/18/08
2nd  dose _____    Date: Next Dose 4/18/08.
3rd  dose _____    Date:

08-RU-D3-10    CRA CODES:
20080010492
   245990
03/28/2008

Talmon Hegwood, Jr.
#2008-0010492
COOK COUNTY JAIL
2700 S. California Avenue
P.O. Box 089002
Chicago, IL 60608-0000

---

708/448-0008                    Pager: 708/644-8662

**Timothy P. Nance**
*Attorney-At-Law*

7235 West 103rd Street ■ Palos Hills, IL 60465

**Paul M. Hummel**

*Attorney at Law*

**1423 S. Scoville Avenue**
**Berwyn, Illinois 60402**

708-749-2335(tel)          708-788-5910(fax)

**E-mail: HummelLaw@sbcglobal.net**

---

TOD M. URBAN
Attorney at Law

THE LAW
OFFICES OF
TOD M. URBAN, LTD.

312 474 1144

820
west
jackson
boulevard
suite 310
chicago,
illinois
60607

09  April  2008


Mayer, Brown, Rowe and Maw, LLP
Attorneys at Law
71 South Wacker Drive
Chicago, Illinois 60606

RE: Hegwood —v— Mills, et al.
(U.S.D.C. No. 07 CV 7099)

Dear Counsel:

        This writer sincerely hope that this letter will find you convivial, sanguine and affluent in the grace of God.

        It would be greatly appreciated if you would please take the time to review the enclosed copies of documents which includes a copy of my civil rights complaint filed in the United States District court for the Northern district of Illinois and; let me know, in writing or otherwise, whether or not you are able and willing to assist me.

        A timely response to this letter would be considered a great courtesy,

                        Yours very truly,


                        Talmon Hegwood, Jr.
                        #20080010492 Div. 8
                        Post Office Box 089002
                        Chicago, Illinois 60608


cc: w/encl.

09 April 2008


Mr. Gregory A. McConnell
Winston & Styrawn, LLP
Attorneys at Law
35 West Wacker Drive
Chicago, Illinois 60601

                    RE: Hegwood -v- Mills, et al.
                        (U.S.D.C. No. 07 cv 7099)

Dear Attorney McConnell:

     The undersigned has reviewed the decision of the Honorable Ann Claire
Williams in Campbell v. Illinois Department of Corrections, 907 F. Supp. 1173
(N.D. Ill. 1995) on at least thirty (30) distinct occasions.  Would you
believe that this writer was subjected to prolonged detention (held more
than nine (9) months past my lawful release date, intentionally?)

     In any case, in light of the fact that you were obviously the lead
attorney in Campbell, supra, I believe that you are abrest of all of the
new developments in the law relating to deliberately holding an American
citizen in confinement past his/her lawful date of release.  Am I correct?

     Well, Sir, Enclosed herewith, please find copies of documents which
includes a copy of my civil rights complaint filed with the Clerk of the
United States District Court for the Northern District of Illinois.  Please
take the time to review the enclosed materials and; let me know, in writing
or otherwise, whether or not you are able and willing to assist me with the
case.

     A timely response to this letter would be considered a great courtesy.


                    Sincerely yours,


                    Talmon Hegwood, Jr.
                    #20080010492 Div. 8
                    Post Office Box 089002
                    Chicago, Illinois 60608


Enclosures

cc: w/encl.

6007

## Contact Information
## for
## *possible*
# Legal Assistance  &  Chicago Law Firms with  Pro Bono Programs

**Wildman, Harrold, Allen & Dixon**
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606

**Sonnenschein Nath & Rosenthal**
233 South  Wacker Drive
Suite 7800 – Sears Tower
Chicago, Illinois 60606

**Kirkland & Ellis**
200 East Randolph Street
Chicago, Illinois 60601

**Seyfarth Shaw Fairweather & Geraldson**
131 South Deerborn
Suite 2400
Chicago, Illinois 60603

**Winston & Strawn**
35 West Wacker Drive
Suite 4200
Chicago, Illinois 60601

**Sidley & Austin**
One South Deerborn
Chicago, Illinois 60603

**McDermott Will & Emery**
227 West Monroe Street
Suite 4700
Chicago, Illinois 60606

**Lord Bissell & Brook**
111 South Wacker Drive
Chicago, Illinois 60606

**Baker & McKenzie**
130 East Randolph Street
One Prudential Plaza
Chicago, Illinois 60601

**Mayer, Brown & Platt**
71 South Wacker Drive
Suite 3200
Chicago, Illinois 60603

**DLA & Pipper**
203 North LaSalle Street
Chicago, Illinois 60606

**Sachnoff & Weaver**
10 South Wacker Drive
Suite 4000
Chicago, Illinois 60606

**Latham & Watkins**
233 South  Wacker Drive
Suite 5800 – Sears Tower
Chicago, Illinois 60606

**Gardner, Carton & Douglas**
191 North Wacker Drive
Suite 3700
Chicago, Illinois 60606

**American Jewish Congress Midwest Region Legal Program**
Chicago Chapter
55 East Monroe
Suite 2390
Chicago, Illinois 60603

**Chicago Bar Association/Foundation**
321 South Plymouth Court
Chicago, Illinois 60604

**Community Economic Development Law Program**
100 North LaSalle Street
Suite 600
Chicago, Illinois 60602

**Northwestern University MacAuthur Justice Center**
357 East Chicago Avenue
Chicago, Illinois 60611

**Legal Assistance Foundation of Chicago**
111 West Jackson Blvd.
3rd floor
Chicago, Illinois 60604

**ACLU of Illinois**
180 North Michigan Avenue
Suite 2300
Chicago, Illinois 60601

---

*This is not a complete list of Legal  Assistance & Pro Bono Programs nor a recommendation
by any Cook County Employee.
The listed Law Firm's Pro Bono Program availability and address' are subject to change.*    Revised : 12/07

Chicago, Illinois 60608
(773) 869-3140
FAX (773) 869-4444

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

To:

Date: **4-8-08**

RE: Your Correspondence

Dear **Mr. Heywood**

Thank you for contacting the Office of Dorothy Brown Clerk of the Circuit Court of Cook County. In response to your inquiry received on **3-31-08** , we will require additional information to process your request. We are returning your correspondence so that you may resubmit your request with the additional information identified below:

### More Information Needed:

- ☐ A case number is required.
- ☐ The case number provided does not match the name provided, corrected case number or corrected name required.
- ☐ The information provided is incorrect or inconsistent, specifically,
- ☐ If no case number is available, you must provide an I.R. (Individual Record) Number, a date of birth, the correct spelling of name used upon arrest, and the date of arrest.
- ☐ We are unable to determine your request. Please resubmit with a specific request.

### Alternately, please note the specific information checked below:

**If you require Legal Advice or Trial Information:**

The Clerk of the Circuit Court is prohibited from giving legal advice, preparing the forms, or advising the parties on how to complete required forms. 705 ILCS 110/1; 705 ILCS 205/10; Illinois Supreme Court Rule 756(b).

☐ The service(s) you have requested is not within the scope of the Clerk's statutory authority, you may contact one of the agencies indicated below:

  ☐ Cook County State's Attorney's Office
  **Civil Actions**
  Richard J. Daley Center
  Room 500
  50 W. Washington
  Chicago, Illinois 60602
  312-603-5440

  ☐ Cook County State's Attorney's Office
  **Criminal Prosecutions**
  2650 S. California 11th Floor
  Chicago, Illinois 60608
  773-869-2700

  ☐ Cook County Public Defender's Office
  **Felony Trial Division**
  2650 S. California, 7th Floor
  Chicago, Illinois 60608
  773-869-3217

  ☐ Office of the Official Court Reporters
  **Court Reporting Services (Transcripts)**
  2650 S. California, 4th Floor
  Chicago, Illinois 60608
  312-869-6065

**If you require Information on an Appeal:**

If your request involves specific matters of the case or the reasoning of a court order, please contact your attorney, your appellate public defender, or the appointed state appellate defender at:

☐ Office of the State Appellate Defender
203 North LaSalle, 24th Floor
Chicago, Illinois 60601
312-814-5472

☐ Cook County Public Defender's Office
**Legal Resources (formerly Appeals and Post Conviction)**
69 West Washington, 15th Floor
Chicago, Illinois 60602
312-603-0600

**If your request is for calculation of Credit for Time Served:**

The Cook County Department of Corrections maintains the actual records of incarceration. Address all inquiries regarding this information to:

☑ Records Office
Cook County Department of Corrections
2700 S. California
Division Five – Floor 1
Chicago, Illinois 60608

*Note: The Office of the Clerk of the Circuit Court does not determine the amount of time for credit served in custody.*

(Over for Additional Information)

RE: Request, Petition, or Motion:

☐ If you wish the court to review your request, submit your petition or motion to this Office, send an original plus two (2) photocopies, <u>please include a case number.</u> We will schedule it on the court call for a Judicial consideration.

☐ After a judge rules on your matter, our Office will send you a notice of the judge's ruling.

☐ Your request, petition, or motion to the court was filed in the Criminal Division on:

☐ Your file stamped copy is enclosed (a copy must have been provided – see RE: Requests for Free Services below →).

☑ We will begin processing the document(s) received as of _____ and present to a judge for consideration.

☐ Your request, petition, or motion to the court was denied on

☐ Your request, petition, or motion to the court was granted on

☐ The next court date concerning this matter is

☐ We have no record of your request, petition, or motion to the court.

RE: Earlier correspondence(s):

☑ Please find attached copies of our Office's response of

☐ Please find attached copies of our Office's response of

☑ Please find attached copies of our Office's response of

RE: Case status:

☑ Please find enclosed the Circuit Court disposition(s) for case number _____ CR

☑ Please find enclosed the Circuit Court disposition(s) for case number _____ CR

☑ Please find enclosed the Circuit Court disposition(s) for case number _____ CR

☑ Please find enclosed the Circuit Court disposition(s) for case number _____ CR

RE: Freedom of Information Act (FOIA)

☐ Your request for information has been forwarded to our FOIA Officer, who will respond to you shortly.

The Clerk of the Circuit Court of Cook County supports open government and an informed citizenry. While not subject to the Freedom of Information Act, see Copley Press Inc. v. Administrative Office of the Courts (1995), 271 Ill. App. 3d 548, appeal denied, 163 Ill. 2d 551; see also Illinois Attorney General Opinion No. 99-05 (March 15, 1999). The official court records held by the Clerk of the Circuit Court of Cook County are open to any member of the public for inspection or to obtain copies at all times during regular hours of operation at the office having custody of the records to the extent allowed by the applicable statute, court rule or court order.

RE: Requests for Free Services:

Illinois law prohibits the Clerk of the Circuit Court from providing free copies of court documents.

☐ See the enclosed schedule that identifies all fines, fees, and costs pursuant to Illinois Compiled Statutes, 705 ILCS 105/27.2a, 705 ILCS 105/27.3a, and 705 ILCS 105/27.3c.

RE: Appeal and appellate court record:

☐ We received the notice of appeal on

☐ The State Appellate Defender was appointed on

☐ The State Appellate Defender picked up the common law record on appeal; please contact their offices (see address on side 1 of this form).

☐ The State Appellate Defender picked up the certified copy of the transcript; please contact their offices (see address on side 1 of this form).

☐ We will notify the Office of the State Appellate Defender upon completion of the records for the notice of appeal.

☐ We have no record of a notice of appeal for case number _____ CR

*In case of any questions, please write to:*

*Clerk of the Circuit Court of Cook County*
*Criminal Division Mail / Motions Section*
*2650 South California Avenue*
*Chicago, Illinois  60608*
*(773) 869-4045*

Side 2