

EXHIBITS

07C 7099

**FILED**
APR 29 2008
APR 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COOK COUNTY DEPARTMENT OF CORRECTIONS
### DETAINEE REQUEST FORM

Please request only one(1) of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21yrs. & over
- ☐ Other
- ☐ Parole Information
- ☒ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary
- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

Hon. Michael Dobbins, Clerk

| Detainee Name | Date Submitted |
|---|---|
| Taimon HEGWOOD | 04-22-2008 |
| Detainee ID# | Court Date |
| 20080010492 | 05-28-2008 |
| Division 8 | Living Unit E-3 |

Detainee Signature: Taimon Hegwood

Unfortunately for me, I'm not in a position to prepare formal pleadings and; access to the law library is severely limited 'to me'. Therefore, I would respectfully ask that you please bring the enclosures to the immediate attention of the Hon. Judge Coar's Clerk. The two(2) letters support my pending motion for appointment of counsel.

| Staff Signature | Date Detainee Received Response/Serviced |
|---|---|
| | |

REVISED 2/04

LAW OFFICE OF TIMOTHY P. NANCE
TIMOTHY P. NANCE
Attorney-at-Law
7235 W. 103rd Street
Palos Hills, Il. 60465
708-448-0008


Cook County Jail
Inmate Talmon Hegwood
#2008-00010492
P.O. box 0089002
Chicago, Il. 60608


April 15, 2008


RE: Hegwood v. Mills, NO. 07 CV 7099


Dear Mr. Hegwood:


    Please be advised that I have received your inquiry regarding my representing you, in the above matter. Unfortunately, I do not practice in that area, but I so wish you luck in your pursuits.


Sincerely,

*[signature]*

Timothy P. Nance

# Law Office of Paul M. Hummel

1423 S. Scoville Ave
Berwyn, Illinois 60402-1160

Phone (708) 749-2335 * Fax (708) 788-5910

April 16, 2008

HEGWOOD, TALMON
#2008-0010492
P.O. Box 089002          Via Priority Mail delivery
Chicago, Illinois 60608

Re:  Hegwood v. Mills, et al
     07 C 7099
Northern District of Illinois

Also People v. Talmon Hegwood

Dear Mr. Hegwood:

This letter is in response to your mailing dated 4-11-08, post marked 4-14-08.
It was received on April 16, 2008

As I told you the day we met, I do not handle the type of Civil rights litigation referenced above. If you desire me to return the documents sent to me, I will do so by ordinary first class mail. Please make such a request in writing by mail.

I also do not handle criminal defense matters such as that arising out of your arrest by the Berwyn police.

Therefore, I am neither qualified nor willing to assist you with your legal affairs.

Other than requesting return of your documents, please do not contact me about these matters, or any others, in any way.

                                            Respectfully

                                            *Paul M. Hummel*

                                            Paul M. Hummel

## SINAI HEALTH SYSTEM
### AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

Patient Name: (Last, First MI): **HEGWOOD, Talmon Jr.**
Maiden Name/Alias/AKA:
Sex: (M/F): **Male**
Birth Date: **03-14-48**

Medical Record No:
Social Security No: **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**
Entity: (check all that apply)
☒ Mt. Sinai Hospital
☒ Schwab Rehab
☒ Sinai Medical Group

Recipient's Name: **HEGWOOD Talmon Jr.**
Recipient's Address: **2700 So. California Avenue**
City: **Chicago** State: **IL** Zip: **60608**

This authorization will expire on the following: (Fill in the Date of the Event but not both.)
Date: **May 17, 2008** Event:

The information for which I am authorizing disclosure will be used for the following purpose:
- ☒ My personal records
- ☒ Sharing with other health care providers, as needed
- ☐ Marketing purposes (please describe below)
- ☒ Other (please describe) **Court Litigation**

If the request of PHI is for the purpose of marketing, will the recipient receive financial or in-kind compensation in exchange for using or disclosing this information? If yes, describe:
**No/Inapplicable**

### DESCRIPTION OF INFORMATION TO BE DISCLOSED

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☒ No, then you may check as many items below as you need

| Description | Date(s) | Description | Date(s) | Description | Date(s) |
|---|---|---|---|---|---|
| ☒ Immunization records | 12-28-04 | ☒ X-ray and imaging reports (please describe) | | ☐ Consultation reports (Supply doctor's name) | May 07 |
| ☒ Most recent history and physical | 12-28-04 | | | | |
| ☒ Most recent discharge summary | 12-28-04 | ☒ Lab results (please describe) **May, 2007** | May 07 | ☒ Entire record | May 07 |
| ☒ Operative report | 12-28-04 | **Petition, Affidavit Police Report** | | ☐ Other (please describe) **Petition, Lab Report** | May 07 |

**I UNDERSTAND THAT:**
1. I understand that authorizing the use or disclosure of the information identified above is voluntary. I need not sign this form to ensure healthcare treatment.
2. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the health information management department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.
3. I understand that once the above information is disclosed, it may be redisclosed by the recipient and the information may not be protected by federal privacy laws or regulations.
4. I understand that I may see and obtain a copy of the information described on the form for a reasonable copy fee if I ask for it.
5. I will receive a copy of this form after I sign it.

I have read the above and authorize the disclosure of the protected health information as stated.
I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)

Signature of Patient/Guardian/Patient Representative:
Date: **04-16-08**

Print Name of Patient/Representative: **Talmon Hegwood, Jr.**
Relationship to Patient: **Self**

DMHDD-146
Rev. 11/80

Illinois Department of Mental Health and Developmental Disabilities

## AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize __Talmon Hegwood, Jr._____ to release
                        (facility/therapist)

__Petition For Involuntary Commitment, Police Report, Any and all__
                (state specific nature of information to be disclosed)

__data compilations relating to T. Hegwood, Jr's mental health in May,__

about __2007.__  __Talmon Hegwood, Jr., Associate Judge Marcus Salone_____ to
                              (recipient's name)

__Talmon Hegwood, Jr. and Hon. Marcus Salone, Judge 2650 So. California Av. Chi IL 60608__
                                (receiving agency/person)

__#E20080010492 P.O. Box 089002 2700 So. California Av. Chicago, IL 60608__
                                (address)

for the purpose of __Court Litigation. People of the State of Illinois -v-__

__Talmon Hegwood, Jr. No. 07CR 23287, Honorable Marcus Salone, Judge__

This consent is valid until __May 17, 2008__

I understand that I may revoke this consent at any time and that the above-named person authorized to receive this information has the right to inspect and copy the information to be disclosed.

It has been explained to me that if I refuse to consent to this release of information, the following are the consequences

(specify, if any): _____

_____                    __Talmon Hegwood__ (signature)
(Minor recipient, 12-17 inclusive)

                                                    __04-16-08__ (date)

_____
(Witness)


_____                    If signature is not of recipient indicate legal
(date)                                              relationship to recipient and legal basis on which
                                                    consent is given for recipient.

NOTICE TO RECEIVING AGENCY/PERSON: Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, you may not redisclose any of this information unless the person who consented to this disclosure specifically consents to such redisclosure.

Under the Federal Act of July 1, 1975, Confidentiality of Alcohol and Drug Abuse Patient Records, no such records, nor information from such records may be further disclosed without specific authorization for such redisclosure.