**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Talmon Hegwood Jr
                        Plaintiff,

v.                                               Case No.: 1:07−cv−07099
                                                  Honorable David H. Coar

Carol Mills, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Mr. Hegwood seeks appointment of appellate counsel. That request should be addressed to the Seventh Circuit Court of Appeals. Accordingly, this motion [26] & [27] are denied without prejudice.Motions 26 & 27 terminated.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.