# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

*HHN*

Date: May 22, 2008

TO: District Court Clerk

RE: Notice to transmit the record

**FILED**
5-27-2008
MAY 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

No. 08-1849

TALMON HEGWOOD, JR.,
    Plaintiff - Appellant

 v.

CAROL MILLS, Stateville Correctional Center, SUSAN SUGGS, Taylorville Correctional Center, ROGER E. WALKER, et al.,
    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 7099, David H. Coar, Judge

    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.

(1211-022296)