# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: June 5, 2008

TO: Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL  60604

FILED

JUN 0 6 2008  YM
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FROM: Clerk of the Court

RE: 08-1987
Hegwood, Talmon v. Mills Carol
07 C 7099, David H. Coar, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____     _____
(1203-052495)                             Deputy Clerk, U.S. District Court