# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

Date:   June 5, 2008

By the Court:

No. 08-1987

TALMON HEGWOOD, JR.,
         Plaintiff - Appellant
    v.

CAROL MILLS, Stateville Correctional Center, SUSAN SUGGS,
Taylorville Correctional Center, ROGER E. WALKER, JR., et al.,
         Defendants - Appellees

**FILED**

JUN 0 6 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 7099, David H. Coar, Judge

    On 05/08/08, this court issued an order directing the pro se appellant to file a brief memorandum by 05/29/08, explaining why he contends the district court's denial of the in forma pauperis motion is erroneous. The appellant has neither paid the $455 appellate fee nor filed the brief memorandum. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1251-PLRA(g)-041299)

*A True Copy*
*Teste:*

*Clerk of the United States*
*Court of Appeals for the*
*Seventh Circuit*