UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

July 08, 2008

**FILED**
JUL 1 0 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1849 | TALMON HEGWOOD, Jr., Plaintiff - Appellant  v.  CAROL MILLS, Stateville Correctional Center, et al., Defendants - Appellees |
|---|---|

**Originating Case Information:**
District Court No: 1:07-cv-07099
Northern District of Illinois, Eastern Division
Court Reporter T. McCullough
Clerk/Agency Rep Michael Dobbins
District Judge David Coar

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motions filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

**IT IS ORDERED** that the motions for leave to proceed on appeal in forma pauperis are **DENIED**. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).

form name: c7_PLRA_OrderFiled (form ID: 194)