*MHN*

**CERTIFIED COPY**

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

July 29, 2008

**FILED**
7-30-2008
JUL 30 2008 TG

JUL 3 0 2008   MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1849 | TALMON HEGWOOD, Jr.,<br>Plaintiff - Appellant<br><br>v.<br><br>CAROL MILLS, Stateville Correctional Center, et al.,<br>Defendants - Appellees |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:07-cv-07099<br>Northern District of Illinois, Eastern Division<br>Court Reporter T. McCullough<br>Clerk/Agency Rep Michael Dobbins<br>District Judge David Coar |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on July 8, 2008 and was given fourteen (14) days to pay the $455.00 filing fee. The pro se appellant has not paid the $455.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). *Newlin v. Helman*, 123 F.3d 429, 433 (7th Cir. 1977).