

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

August 7, 2008

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

**FILED**

AUG 0 8 2008  RC
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1849 | TALMON HEGWOOD, Jr., Plaintiff - Appellant <br><br> v. <br><br> CAROL MILLS, Stateville Correctional Center, et al., Defendants - Appellees |
|---|---|
| No.: 08-1987 | TALMON HEGWOOD, Jr., Plaintiff - Appellant <br><br> v. <br><br> CAROL MILLS, Stateville Correctional Center, SUSAN SUGGS, Taylorville Correctional Center, ROGER E. WALKER, Jr., et al., Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:07-cv-07099   07cv7099
Northern District of Illinois, Eastern Division
Court Reporter T. McCullough

| |
|---|
| Clerk/Agency Rep Michael Dobbins |
| District Judge David Coar |

| **Originating Case Information:** |
|---|
| District Court No: 1:07-cv-07099 |
| Northern District of Illinois, Eastern Division |
| Court Reporter T. McCullough |
| Clerk/Agency Rep Michael Dobbins |
| District Judge David Coar |

The mandate or agency closing letter in this cause issued on 07/29/08.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:   Entire record returned consisting of

Pleadings:   1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

---

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** AUG 0 8 2008

**Received by:** [signature]

form name: c7_Record_Return_toDC (form ID: 205)